AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

Anderson et al.
*Plaintiff*
v.
Amazon.com, Inc. et al.
*Defendant*

Case No. 3:26-cv-09977

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Larkin Lee Anderson, Jr., Jaylon Hurston, and the putative class. .

Date: 08/17/2026

/s/ Charles Z Kopel
*Attorney's signature*

Charles Z Kopel, 283412018
*Printed name and bar number*

Radice Law Firm, P.C.
475 Wall Street
Princeton, NJ 08540
*Address*

ckopel@radicelawfirm.com
*E-mail address*

(516) 209-7230
*Telephone number*

(609) 385-0745
*FAX number*