Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLON HURSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-09977 (JXN-JBC)<br><br>**NOTICE OF APPEARANCE**<br><br>*Filed Electronically* |

To: Melissa E. Rhoads, Clerk
United States District Court for the District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that Liza M. Walsh of Walsh Pizzi O'Reilly Falanga LLP hereby enters an appearance on behalf of Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc. and requests that copies of all papers in this action be served upon the undersigned.

WALSH PIZZI O'REILLY FALANGA LLP

Dated: August 25, 2026

By: *s/Liza M. Walsh*
Liza M. Walsh