**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**LARKIN LEE ANDERSON, JR. and JAYLON HURSTON,**

**Plaintiffs,**

**v.**

**AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,**

**Defendants.**

**Civil Action No. 26-9977 (JXN)**

**ORDER**

**THIS MATTER** having been raised by the Court on its own motion; it further appearing that the Undersigned should recuse himself; and good cause appearing;

**IT IS on this 27th day of August, 2026,**

**ORDERED** that I hereby recuse myself from all further proceedings in this matter; all pretrial proceedings will be handled by the Honorable Jessica S. Allen, U.S.M.J.

*s/ James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**

Original: Clerk
cc: Hon. Julien Xavier Neals, U.S.D.J.
Hon. Jessica S. Allen, U.S.M.J.
File