**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLON HURSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-09977 (JXN-JSA)<br><br>*Filed Electronically* |

**STIPULATION AND [PROPOSED] ORDER AS TO SCHEDULING OF PLAINTIFFS' AMENDED COMPLAINT AND RESPONSIVE BRIEFING**

Plaintiffs Larkin Lee Anderson, Jr. and Jaylon Hurston (collectively, "Plaintiffs") and Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc. (collectively, "Amazon") (Plaintiffs and Amazon, collectively, "the Parties") hereby submit the following stipulation regarding the schedule for Amazon's responses to the Complaint:

WHEREAS, Plaintiffs filed the Complaint in this action on August 6, 2026 (D.E. 1);

WHEREAS, the New Jersey Attorney General has filed a related action against Amazon, captioned *Davenport v. Amazon.com, Inc*., Civil Action No. 2:26-cv-09814-JXN-JSA (hereinafter, the "Davenport Action"), and Amazon's response to that Complaint is due October 9, 2026;

WHEREAS, the Parties seek to synchronize the schedule in this action with the schedule in the Davenport Action to the extent practicable in the interests of efficiency, consistency, and judicial economy;

WHEREAS, Plaintiffs have informed Amazon of their intention to file an Amended Complaint, including additional allegations and naming additional Plaintiffs;

WHEREAS, the Parties agree that Plaintiffs should be afforded sufficient time to prepare their Amended Complaint;

WHEREAS, the Parties further agree that Amazon should be afforded sufficient time to evaluate the Amended Complaint and prepare an appropriate response;

WHEREAS, this stipulation is made in good faith and not for purposes of delay;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to Court approval, that:

Amazon's time for serving a responsive pleading to the currently operative Complaint is tolled;

Plaintiffs shall file their Amended Complaint on or before October 15, 2026, which shall constitute Plaintiffs' one amendment as a matter of course under Rule 15(a)(1); Plaintiffs shall not thereafter amend except with Amazon's written consent or leave of Court under Rule 15(a)(2), and Plaintiffs waive any right to amend as a matter of course under Rule 15(a)(1)(B) following service of any responsive motion by Amazon;

Amazon's time for serving a responsive motion to the Amended Complaint shall be tolled until Amazon files a pre-motion conference letter describing the bases for its anticipated responsive motion to the Amended Complaint, Pursuant to Rule IV.A of the Court's Rules and Procedures (the "Rules"); Amazon shall serve its pre-motion conference letter within sixty one days of Plaintiffs' filing their Amended Complaint; and Amazon's time to file any responsive motion or answer the Amended Complaint shall be tolled thereafter pursuant to the Rules;

If the dispute cannot be resolved at the pre-motion conference (or if the Court determines that a conference would not be helpful), and Amazon therefore proceeds with filing its responsive motion, Plaintiffs shall file any opposition thereto as directed by the Court or within sixty three days;

Amazon shall file any reply as directed by the Court or within thirty five days of Plaintiffs' opposition; and

Amazon reserves all rights and defenses, and until Amazon has had an opportunity to review the Amended Complaint, Amazon takes no position on and does not consent to the substance of the amendments, including the addition of parties.

STIPULATED AND AGREED:

Dated: August 28, 2026

*s/ Liza M. Walsh*
Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
(973) 757-1100

Of Counsel (*phv* forthcoming):
William Savitt
Anitha Reddy
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-4000

Michael J. Perry
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
(202) 955-8500

*s/ Charles Kopel*
A. Luke Smith
John Radice
Charles Kopel
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
(646) 245-8502

*Counsel for Plaintiffs and the Proposed Class*

Matthew C. Parrott
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
(949) 451-3800

Brian Stolzenbach
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
(312) 460-5551

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc.*

SO ORDERED: on this ___ day of _______, 2026

_________________________________
HON. JESSICA S. ALLEN, U.S.M.J.