Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

LARKIN LEE ANDERSON, JR.; JAYLON HURSTON,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,

Defendants.

Civil Action No. 2:26-cv-09977 (JXN-JSA)

**CERTIFICATION OF MICHAEL J. PERRY IN SUPPORT OF *PRO HAC VICE* ADMISSION**

*Filed Electronically*

I, Michael J. Perry, of full age, hereby certify and state:

1. I am an attorney-at-law admitted to the Bar of the State of California, and to the Bar of the District of Columbia. I am a partner of the firm of Gibson, Dunn & Crutcher LLP, attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc. (collectively, "Amazon") in the above-captioned matter. I make this Certification in support of the application for my admission as counsel *pro hac vice* in this matter.

2. I was admitted to the Bar of the State of California in 2008, to the Bar of the District of Columbia in 2017 and am a member in good standing.

3. I was admitted to practice and am a member in good standing of the bars of the United States District Court for the Northern District of California and the United States Court of Appeals for the Seventh Circuit.

4. The names and addresses of the official or office maintaining the roll of the members of the Bars in which I am admitted are as follows:

State Bar of California
Committee of Bar Examiners/Office of Admissions
180 Howard Street
San Francisco, CA 94105

The District of Columbia Bar
Office of Admissions
901 4th Street, NW
Washington, DC 20001

United States District Court for the Northern District of California
Phillip Burton Federal Building & U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California 94102

United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

5. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has been imposed on me in any jurisdiction. I agree to notify this Court immediately of any matter affecting my standing at the bar of any court to which I am admitted to practice.

6. If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates

fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, and any other proceedings.

7. If admitted *pro hac vice*, I will not file any pleadings, briefs, and other papers with the Court or sign any such papers, but rather will have all such papers signed and filed by co-counsel at Walsh Pizzi O'Reilly Falanga LLP who are authorized to practice law in the state of New Jersey.

8. If admitted *pro hac vice*, I understand that an attorney from Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey will make all court appearances unless otherwise excused by the Court.

9. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

10. I further agree to abide by Local Civil Rule 101.1(c) and to submit to the jurisdiction of this Court for any discipline relating to my *pro hac vice* participation in this matter.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on October 7, 2026

Michael J. Perry