Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLON HURSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-09977 (JXN-JSA)<br><br>**CERTIFICATION OF MATTHEW C. PARROTT IN SUPPORT OF *PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

I, Matthew C. Parrott, of full age, hereby certify and state:

1. I am an attorney-at-law admitted to the Bar of the State of California, and to the Bar of the State of New York. I am of counsel to Gibson, Dunn & Crutcher LLP, attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc. (collectively, "Amazon") in the above-captioned matter. I make this Certification in support of the application for my admission as counsel *pro hac vice* in this matter.

2. I was admitted to the Bar of the State of California in 2015, to the Bar of the State of New York in 2009 and am a member in good standing.

3. I was admitted to practice and am a member in good standing of the bars of the United States Court of Appeals for the 7th Circuit (admitted April 21, 2010); United States District Court for the Southern District of New York (admitted February 1, 2011); United States District Court for the Eastern District of New York (admitted February 23, 2011); United States District Court for the Northern District of California (admitted March 26, 2015); and United States District Court for the Southern District of California (admitted February 9, 2018).

4. The names and addresses of the official or office maintaining the roll of the members of the Bars in which I am admitted are as follows:

The State Bar of California
845 S Figueroa Street
Los Angeles, CA 90017

Supreme Court of the State of New York
Appellate Division, First Judicial Department
41 Madison Avenue - 26th Floor
New York, New York 10010

U.S. Court of Appeals for the Seventh Circuit
Office of the Clerk
Everett McKinley Dirksen U.S. Courthouse
219 S. Dearborn Street, Room 2722
Chicago, IL 60604

U.S. District Court for the Southern District of New York
Office of the Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

U.S. District Court for the Eastern District of New York
Office of the Clerk
Theodore Roosevelt U.S. Courthouse

225 Cadman Plaza East
Brooklyn, NY 11201

U.S. District Court for the Northern District of California
Office of the Clerk / Attorney Admissions
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102-3489

U.S. District Court for the Southern District of California
Attention: Attorney Admissions
333 West Broadway, Suite 420
San Diego, CA 92101

5. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has been imposed on me in any jurisdiction. I agree to notify this Court immediately of any matter affecting my standing at the bar of any court to which I am admitted to practice.

6. If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, and any other proceedings.

7. If admitted *pro hac vice*, I will not file any pleadings, briefs, and other papers with the Court or sign any such papers, but rather will have all such papers signed and filed by co-counsel at Walsh Pizzi O'Reilly Falanga LLP who are authorized to practice law in the state of New Jersey.

8. If admitted *pro hac vice*, I understand that an attorney from Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey will make all court appearances unless otherwise excused by the Court.

9. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of

$250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

10. I further agree to abide by Local Civil Rule 101.1(c) and to submit to the jurisdiction of this Court for any discipline relating to my *pro hac vice* participation in this matter.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on October 6, 2026

Matthew C. Parrott