Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLON HURSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-09977 (JXN-JSA)<br><br>**CERTIFICATION OF ANITHA REDDY IN SUPPORT OF *PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

I, Anitha Reddy, of full age, hereby certify and state:

1. I am an attorney-at-law admitted to the Bar of the State of New York. I am a partner of the firm Gibson, Dunn & Crutcher LLP, attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc. (collectively, "Amazon") in the above-captioned matter. I make this Certification in support of the application for my admission as counsel *pro hac vice* in this matter.

2. I was admitted to the Bar of the State of New York on 06/14/2010 and am a member in good standing.

3. I was admitted to practice and am a member in good standing of the bars of the United States Court of Appeals for the Second Circuit (admitted 01/29/2026); the United States Court of Appeals for the Ninth Circuit (admitted 11/22/2022); the United States District Court for the Southern District of New York (admitted 11/01/2010); the United States District Court for the Eastern District of New York (admitted 10/29/2010).

4. The names and addresses of the official or office maintaining the roll of the members of the Bars in which I am admitted are as follows:

Attorney Records
Supreme Court of the State of New York
Appellate Division, First Judicial Department
41 Madison Avenue - 26th Floor
New York, New York 10010

United States Court of Appeals
for the Second Circuit
Attorney Admissions
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

United States Court of Appeals
for the Ninth Circuit
Attorney Admissions
95 Seventh Street
San Francisco, California 94119

United States District Court
for the Southern District of New York
Attorney Admissions
Daniel Patrick Moynihan U.S Courthouse
500 Pearl Street
New York, NY 10007

United States District Court

for the Eastern District of New York
Attorney Admissions
225 Cadman Plaza East
Brooklyn, NY 11201

5. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has been imposed on me in any jurisdiction. I agree to notify this Court immediately of any matter affecting my standing at the bar of any court to which I am admitted to practice.

6. If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, and any other proceedings.

7. If admitted *pro hac vice*, I will not file any pleadings, briefs, and other papers with the Court or sign any such papers, but rather will have all such papers signed and filed by co-counsel at Walsh Pizzi O'Reilly Falanga LLP who are authorized to practice law in the state of New Jersey.

8. If admitted *pro hac vice*, I understand that an attorney from Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey will make all court appearances unless otherwise excused by the Court.

9. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

10. I further agree to abide by Local Civil Rule 101.1(c) and to submit to the jurisdiction of this Court for any discipline relating to my *pro hac vice* participation in this matter.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on October 7, 2026

Anitha Reddy