Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLON HURSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-09977 (JXN-JSA)<br><br>**CERTIFICATION OF LIZA M. WALSH IN SUPPORT OF *PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

I, Liza M. Walsh, of full age, hereby certify:

1. I am an attorney-at-law of the State of New Jersey, and a partner of the law firm Walsh Pizzi O'Reilly Falanga LLP, attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc. (collectively, "Amazon") in the above-captioned matter. I am a member in good standing of the bar of this Court.

2. I submit this certification in support of Amazon's application for the *pro hac vice* admission of William Savitt, Michael J. Perry, Matthew C. Parrott, and Anitha Reddy of the

Gibson, Dunn & Crutcher LLP law firm as counsel for Amazon in this matter pursuant to Local Civil Rule 101.1(c).

3. William Savitt is a partner of the firm of Gibson, Dunn & Crutcher LLP. Mr. Savitt is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of William Savitt being filed simultaneously with this application.

4. Michael J. Perry is a partner of the firm of Gibson, Dunn & Crutcher LLP. Mr. Perry is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Michael J. Perry being filed simultaneously with this application.

5. Matthew C. Parrott is of counsel to the firm of Gibson, Dunn & Crutcher LLP. Mr. Parrott is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Matthew C. Parrott being filed simultaneously with this application.

6. Anitha Reddy is a partner of the firm of Gibson, Dunn & Crutcher LLP. Ms. Reddy is a member in good standing of the Bars to which she is admitted, and her qualifications are set forth in the Certification of Anitha Reddy being filed simultaneously with this application.

7. I am confident that William Savitt, Michael J. Perry, Matthew C. Parrott, and Anitha Reddy are fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and they have advised me that they will abide by those Rules including Local Civil Rule 101.1(c). I have agreed to work with the firm Gibson, Dunn & Crutcher LLP in this matter.

8. I agree to be held responsible for the filing of all pleadings, briefs, and other papers filed with the Court and to have such papers signed by me or another attorney with Walsh Pizzi

O'Reilly Falanga LLP authorized to practice law in the state of New Jersey. I further agree to be held responsible for the conduct of my specially admitted colleagues William Savitt, Michael J. Perry, Matthew C. Parrott, and Anitha Reddy, and will ensure that they comply with Local Rule 101.1(c) should this application be granted.

9. I further agree that either I or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey will continue to make all court appearances unless otherwise excused by the Court.

10. Plaintiffs, through counsel, have consented to the *pro hac vice* admission of William Savitt, Michael J. Perry, Matthew C. Parrott, and Anitha Reddy.

11. For the foregoing reasons, it is respectfully requested that the Court enter an Order admitting William Savitt, Michael J. Perry, Matthew C. Parrott, and Anitha Reddy to practice *pro hac vice* before this Court for all further proceedings in this case.

I hereby certify that the foregoing statements made by me are true.

Dated: October 8, 2026

*s/Liza M. Walsh*
Liza M. Walsh