WALSH
PIZZI
O'REILLY
FALANGA

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

October 8, 2026

**VIA ECF**
Honorable Jessica S. Allen, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***Anderson, et al. v Amazon.com, Inc., et al.***
**Case No.: 2:26-cv-09977 (JXN-JSA)**

Dear Judge Allen:

This firm, together with Gibson, Dunn & Crutcher LLP, represents Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc. (collectively, "Amazon") in the above-referenced matter. Pursuant to Local Civil Rule 101.1(c), Amazon submits this informal application for the *pro hac vice* admission of Brian Stolzenbach of the Seyfarth Shaw LLP law firm. Counsel for Plaintiffs consent to this application.

In support of this application, enclosed please find the following:

- Certification of Brian Stolzenbach;
- Certification of Liza M. Walsh in support of the application for the *pro hac vice* admission; and
- Proposed Consent Order Granting the *pro hac vice* admission.

Should the enclosed proposed form of Order meet with Your Honor's approval, we respectfully request that it be entered. Of course, should Your Honor or Your Honor's staff have any questions regarding this application, we are always available.

We thank the Court for its kind attention to this matter.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

Encl.
cc: All Counsel of Record (via ECF and E-Mail)