Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLON HURSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-09977 (JXN-JSA)<br><br>**CERTIFICATION OF BRIAN STOLZENBACH IN SUPPORT OF *PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

I, Brian Stolzenbach, of full age, hereby certify and state:

1. I am an attorney-at-law admitted to the Bar of the State of Illinois. I am a partner of the firm Seyfarth Shaw LLP, attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc. (collectively, "Amazon") in the above-captioned matter. I make this Certification in support of the application for my admission as counsel *pro hac vice* in this matter.

2. I was admitted to the Bar of the State of Illinois on November 9, 2000 and am a member in good standing.

3. I was admitted to practice and am a member in good standing of the bars of the United States Supreme Court (admitted on May 23, 2011); the United States Court of Appeals for the Third Circuit (admitted on November 21, 2013); the United States Court of Appeals for the Fifth Circuit (admitted on July 1, 2026); the United States Court of Appeals for the Seventh Circuit (admitted on May 24, 2002); the United States Court of Appeals for the Eighth Circuit (admitted on April 27, 2005); the United States Court of Appeals for the Ninth Circuit (admitted on November 20, 2009); the United States Court of Appeals for the Tenth Circuit (admitted on October 31, 2013); the United States Court of Appeals for the D.C. Circuit (admitted on August 15, 2005); the United States District Court for the Northern District of Illinois (admitted on February 8, 2001); the United States District Court for the Central District of Illinois (admitted on July 25, 2003); the United States District Court for the Northern District of Indiana (admitted on July 13, 2004); the United States District Court for the Southern District of Indiana (admitted on November 9, 2010); the United States District Court for the Eastern District of Michigan (admitted on January 4, 2005); and the United States District Court for the Western District of Tennessee (admitted on September 6, 2012).

4. The names and addresses of the official or office maintaining the roll of the members of the Bars in which I am admitted are as follows:

Bar for the State of Illinois
Clerk of the Supreme Court
200 East Capitol
Springfield, Illinois 62701

Supreme Court of the United States

Clerk, Supreme Court of the United States
1 First Street, N. E.
Washington, D. C. 20543

United States Court of Appeals for the Third Circuit
Office of The Clerk
601 Market Street
Philadelphia, PA 19106-1790

United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

United States Court of Appeals for the Seventh Circuit
219 S. Dearborn Street
Room 2722
Chicago, IL 60604

United States Court of Appeals for the Eight Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street, Room 24.329
St. Louis, MO 63102

United States Court of Appeals for the Ninth Circuit
Attention: Attorney Admissions
P.O. Box 193939
San Francisco, California 94119-3939

United States Court of Appeals for the Tenth Circuit
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257

United States Court of Appeals for the District of Columbia Circuit
Committee on Admissions/COS
430 E Street N.W., Room 123
Washington, DC 20001

United States District Court for the Northern District of Illinois
219 S. Dearborn Street, Room 2050
Chicago, Illinois 60604

United States District Court for the Central District of Illinois
305 United States Courthouse

100 N.E. Monroe Street
Peoria, IL 61602

United States District Court for the Northern District Of Indiana
1108 E. Ross Adair Federal Bldg.
1300 S. Harrison Street
Fort Wayne, Indiana 46802

United States District Court for the Southern District of Indiana
Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

United States District for the Eastern District of Michigan
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 564
Detroit, MI 48226

United States District Court for the Western District of Tennessee
Odell Horton Federal Building
167 North Main Street
Memphis, TN 38103

5. No disciplinary proceedings are pending against me in any jurisdiction, and no discipline has been imposed on me in any jurisdiction. I agree to notify this Court immediately of any matter affecting my standing at the bar of any court to which I am admitted to practice.

6. If admitted *pro hac vice*, I will conduct myself in accordance with the rules regulating and governing conduct of attorneys before this Court and will strictly observe the dates fixed for scheduling conferences, motions, briefs, pre-trial conferences, trial, and any other proceedings.

7. If admitted *pro hac vice*, I will not file any pleadings, briefs, and other papers with the Court or sign any such papers, but rather will have all such papers signed and filed by co-counsel at Walsh Pizzi O'Reilly Falanga LLP who are authorized to practice law in the state of New Jersey.

8. If admitted *pro hac vice*, I understand that an attorney from Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey will make all court appearances unless otherwise excused by the Court.

9. If admitted *pro hac vice*, I will make payment to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3).

10. I further agree to abide by Local Civil Rule 101.1(c) and to submit to the jurisdiction of this Court for any discipline relating to my *pro hac vice* participation in this matter.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Executed on October 8, 2026

Brian Stolzenbach