Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLON HURSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-09977 (JXN-JSA)<br><br>**CERTIFICATION OF LIZA M. WALSH IN SUPPORT OF *PRO HAC VICE* ADMISSION**<br><br>*Filed Electronically* |

I, Liza M. Walsh, of full age, hereby certify:

1. I am an attorney-at-law of the State of New Jersey, and a partner of the law firm Walsh Pizzi O'Reilly Falanga LLP, attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc. (collectively, "Amazon") in the above-captioned matter. I am a member in good standing of the bar of this Court.

2. I submit this certification in support of Amazon's application for the *pro hac vice* admission of Brian Stolzenbach of the Seyfarth Shaw LLP law firm as counsel for Amazon in this matter pursuant to Local Civil Rule 101.1(c).

3. Brian Stolzenbach is a partner of the firm of Seyfarth Shaw LLP. Mr. Stolzenbach is a member in good standing of the Bars to which he is admitted, and his qualifications are set forth in the Certification of Brian Stolzenbach being filed simultaneously with this application.

4. I am confident that Brian Stolzenbach is fully conversant with the Local Civil Rules of the United States District Court for the District of New Jersey, and he has advised me that he will abide by those Rules including Local Civil Rule 101.1(c). I have agreed to work with the firm Seyfarth Shaw LLP in this matter.

5. I agree to be held responsible for the filing of all pleadings, briefs, and other papers filed with the Court and to have such papers signed by me or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey. I further agree to be held responsible for the conduct of my specially admitted colleague Brian Stolzenbach, and will ensure that they comply with Local Rule 101.1(c) should this application be granted.

6. I further agree that either I or another attorney with Walsh Pizzi O'Reilly Falanga LLP authorized to practice law in the state of New Jersey will continue to make all court appearances unless otherwise excused by the Court.

7. Plaintiffs, through counsel, have consented to the *pro hac vice* admission of Brian Stolzenbach.

8. For the foregoing reasons, it is respectfully requested that the Court enter an Order admitting Brian Stolzenbach to practice *pro hac vice* before this Court for all further proceedings in this case.

I hereby certify that the foregoing statements made by me are true.

Dated: October 8, 2026

*s/Liza M. Walsh*
Liza M. Walsh