**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

LARKIN LEE ANDERSON, JR.; JAYLON HURSTON,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,

Defendants.

Civil Action No. 2:26-cv-09977 (JXN-JSA)

**CONSENT ORDER GRANTING *PRO HAC VICE* ADMISSION**

*Filed Electronically*

**THIS MATTER** having been opened to the Court by Walsh Pizzi O'Reilly Falanga LLP, attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc. (collectively, "Amazon"), for the entry of an Order admitting *pro hac vice* Brian Stolzenbach of the Seyfarth Shaw LLP law firm as counsel for Amazon; counsel for Plaintiffs having consented thereto; and for good cause having been shown;

**IT IS** on this _____day of _____________, 2026,

**ORDERED** that Amazon's application for the *pro hac vice* admission of Brian Stolzenbach of the Seyfarth Shaw LLP law firm as counsel for Amazon is hereby **GRANTED**; and it is further

**ORDERED** that Brian Stolzenbach is hereby admitted *pro hac vice* pursuant to Local Civil Rule 101.1 for the sole purpose of entering an appearance on behalf of and representing Amazon in this matter; and it is further

**ORDERED** that Brian Stolzenbach shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Brian Stolzenbach shall, for the duration of the time he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) and shall pay the sum of $250.00 to the Clerk of the United States District Court in accordance with Local Civil Rule 101.1(c)(3); and it is further

**ORDERED** that Brian Stolzenbach shall notify the Court immediately of any disciplinary matter affecting his standing at the bar of any jurisdiction; and it is further

**ORDERED** that Brian Stolzenbach shall have all pleadings, briefs, and other papers filed with the Court in this matter signed by Liza M. Walsh or her partners or associates as the attorneys of record in this matter pursuant to Local Civil Rule 101.1(c)(3).

____________________________________
Hon. Jessica S. Allen, U.S.M.J.