**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

LARKIN LEE ANDERSON, JR.; JAYLON HURSTON,
individually and on behalf of all others similarly situated,

Plaintiffs,

v.

AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,

Defendants.

Civil Action No. 2:26-cv-09977 (JXN-JSA)

*Filed Electronically*

**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: October 13, 2026

*s/Liza M. Walsh*
Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendants*

***PRO HAC VICE* ATTORNEY INFORMATION:**

Name: Matthew C. Parrott

Firm: Gibson, Dunn & Crutcher LLP

Address: 3161 Michelson Drive Suite 1200
Irvine, CA 92612-4412

Email: mparrott@gibsondunn.com

Phone: (949) 451-3823

On behalf of: Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc.