**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLON HURSTON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-09977 (JXN-JSA)<br><br>*Filed Electronically* |

**REQUEST BY LOCAL COUNSEL FOR *PRO HAC VICE* ATTORNEY TO RECEIVE ELECTRONIC NOTIFICATION**

Request is hereby made by local counsel for *pro hac vice* counsel to receive electronic notifications in the within matter, and it is represented that:

1. An order of the Court granting a motion to appear *pro hac vice* in the within matter has been entered; and

2. If admission was granted after March 1, 2024, the Admission Fee, in the amount of $250, pursuant to L.Civ.R. 101.1(c)(3), has been paid to the Clerk of the Court.

Dated: October 13, 2026

*s/Liza M. Walsh*
Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
WALSH PIZZI O'REILLY FALANGA LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendants*

***PRO HAC VICE* ATTORNEY INFORMATION:**

Name: Brian Stolzenbach

Firm: SEYFARTH SHAW LLP

Address: 233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606

Email: BStolzenbach@seyfarth.com

Phone: (312) 460-5551

On behalf of: Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc.