A. Luke Smith
John Radice
Charles Kopel
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
(646) 245-8502
lsmith@radicelawfirm.com
jradice@radicelawfirm.com
ckopel@radicelawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLON HURSTON; ERIK GUILLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-09977 (JXN-JBC)<br><br>**PLAINTIFFS' NOTICE OF MOTION TO APPOINT THE RADICE LAW FIRM, PC AS INTERIM LEAD COUNSEL** |

**PLEASE TAKE NOTICE** that on November 16, 2026, at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff Larkin Lee Anderson, Jr., Jaylon Hurston, and Erik Guillen will move before the Honorable Julien X. Neals, U.S.D.J., at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for entry of an Order Appointing the Radice Law Firm, PC as Interim Lead Counsel for the proposed Class.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs will rely on the supporting Memorandum of Law and Declaration of Charles Kopel submitted herewith, together with any papers counsel may submit in response to any related filing.

**PLEASE TAKE FURTHER NOTICE THAT** a proposed form of Order accompanies this motion.

Dated: October 16, 2026

Respectfully submitted,

*/s/ Charles Kopel*
A. Luke Smith
John Radice
Charles Kopel
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
(646) 245-8502
lsmith@radicelawfirm.com
jradice@radicelawfirm.com
ckopel@radicelawfirm.com

*Counsel for Plaintiffs and the Proposed Class*