A. Luke Smith
John Radice
Charles Kopel
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
(646) 245-8502
lsmith@radicelawfirm.com
jradice@radicelawfirm.com
ckopel@radicelawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLON HURSTON; ERIK GUILLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-09977 (JXN-JBC)<br><br>**DECLARATION OF CHARLES KOPEL IN SUPPORT OF PLAINTIFFS' MOTION TO APPOINT THE RADICE LAW FIRM, PC AS INTERIM LEAD COUNSEL** |

I, Charles Kopel, upon my oath certify as follows:

1. I am a partner at Radice Law Firm, PC. I have been retained by Plaintiffs Larkin Lee Anderson, Jr., Jaylon Hurston, and Erik Guillen in the above-captioned matter, and I submit this Declaration in Support of Plaintiffs' Motion to Appoint the Radice Law Firm, PC as Interim Lead Counsel.

2. The facts set forth in this declaration are based on my personal knowledge of this matter. If called as a witness, I could and would testify competently thereto.

3. Radice Law Firm began investigating claims on behalf of a nationwide Class of Amazon Delivery Service Provider drivers ("DSP drivers") after the New Jersey Attorney General filed an antitrust action alleging Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics Inc.'s (collectively, "Amazon") restraint of competition in the market for DSP drivers. *See Attorney Gen. of the State of N.J. v. Amazon.com, Inc. et al.*, No. 2:26-CV-09814, ECF No. 1 (D.N.J.).

4. After determining that the allegations of the New Jersey Attorney General coupled with the findings of counsel's own further investigation plausibly support claims on behalf of a nationwide Class of DSP drivers, Radice Law Firm filed this action, the first class action filed in connection with these allegations, on behalf of Plaintiffs Anderson and Hurston. ECF No. 1.

5. To advance the claims of the Class, immediately after filing the initial Complaint, Radice Law Firm began to work to prepare an Amended Complaint. This work took several forms.

6. *First*, Radice Law Firm attorneys searched publicly available materials for evidence supporting the Class's claims, to identify additional allegations for inclusion in an Amended Complaint.

7. *Second*, Radice Law Firm attorneys reached out to and engaged in multiple exchanges with outside counsel for the New Jersey Attorney General, during which exchanges counsel discussed coordination among public and private plaintiffs going forward.

8. *Third*, Radice Law Firm attorneys engaged a leading expert in labor economics, who researched and produced an analysis of hundreds of thousands of posted delivery driver

salaries that supports the claims of Plaintiffs and the Class, for purposes of inclusion in the Amended Complaint.

9. *Fourth*, Radice Law Firm attorneys met and conferred with counsel for Amazon and negotiated a mutually agreeable stipulation extending the time available to Plaintiffs to file an Amended Complaint. ECF No. 18. This stipulation, subsequently endorsed by the Court, ECF No. 19, gave Radice Law Firm additional time to properly develop and bolster the Class's claims.

10. For more information about the Radice Law Firm and its attorneys, please see the accompanying memorandum of law, the Radice Law Firm website at http://www.radicelawfirm.com, and the Radice Law Firm Resume attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, opinion, and belief.

Dated: October 16, 2026

*s/Charles Kopel*
Charles Kopel
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
(646) 245-8502
ckopel@radicelawfirm.com

*Counsel for Plaintiffs and the Proposed Class*