# EXHIBIT A

THE RADICE LAW FIRM

# FIRM RESUME & BIOGRAPHIES

The Radice Law Firm was founded in 2012 to prosecute complex antitrust cases. Today, the firm has grown to include thirteen full-time attorneys from top law schools including Harvard, N.Y.U., and the University of Pennsylvania. Attorneys at the firm have extensive experience in health care, finance, and other highly regulated industries, and are involved in all aspects of litigation, from initial case investigation through trial. We offer top-quality work, performed efficiently, while giving our clients the dedication and attention they deserve.

The Radice Law Firm has had a significant role in numerous cases resulting in substantial recoveries for the class, including:

- *In re Amitiza Antitrust Litigation*, No. 21-11057 (D. Mass.) ($474.9 million jury verdict (before automatic trebling) in case alleging that Takeda unlawfully paid Par to delay entry of generic Amitiza);
- *Le et al. v. Zuffa, LLC*, No. 15-01045 (D. Nev.) ($375 million settlement in case alleging suppression of wages of UFC fighters);
- *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-7789 (S.D.N.Y.) ($2.3 billion in settlements in case alleging collusion between major banks to manipulate foreign exchange rates);
- *In re Ranbaxy Generic Drug Application Antitrust Litigation*, No. 19-md-2878 (D. Mass.) ($340 million settlement for direct purchasers in case alleging generic drug manufacturer Ranbaxy made misrepresentations to the FDA to gain approvals to which it was not entitled, and thereby blocked competitors from entering the market earlier);
- *In re Xyrem (Sodium Oxybate) Antitrust Litigation,* 20-md-2966 (N.D. Cal.) ($195 million in settlements in case alleging Jazz and Hikma anticompetitively delayed entry of a generic version of Jazz's narcolepsy drug);
- *In re Lidoderm Antitrust Litigation*, No. 14-2521 (N.D. Cal.) ($166 million settlement for direct purchasers in case alleging that Endo and Teikoku unlawfully paid Watson to delay the launch of a generic Lidoderm pain relief patch);
- *In re Flonase Direct Purchaser Antitrust Litigation*, No. 08-3149 (E.D. Pa.) ($150 million recovery in case alleging sham citizen petitioning delayed generic entry); and
- *In re Dental Supplies Antitrust Litigation*, No. 16-696 (E.D.N.Y.) ($80 million settlement in case alleging the major distributors of dental supplies conspired to fix margins).

The Radice Law Firm has served as lead or co-lead counsel in cases, including:

- *Simon and Simon, PC, et al., v. Align Technology, Inc.*, No. 20-3754 (N.D. Cal.) (co-lead counsel in case alleging the maker of Invisalign dental aligners used anticompetitive actions to monopolize that market);

- *In re: Inclusive Access Course Materials Antitrust Litigation*, No. 20-md-2946 (S.D.N.Y.) (co-lead counsel in antitrust class action alleging a conspiracy among the nation's dominant textbook publishers and retailers to restrict sales of college textbooks to an online subscription format known as "Inclusive Access" in order to destroy the used textbook market, foreclose competition, and raise the prices students pay for textbooks);
- *RXDN, Inc. v. Novartis Pharms. Corp. et al.*, No. 16-12399 (D. Mass.) (lead counsel in antitrust class action alleging an anticompetitive scheme to delay generic competition for Gleevec);
- *Filannino-Restifo v. TD Bank, N.A.*, No. 16-2374 (D.N.J.) (co-lead counsel in case alleging undercounting by a bank's coin-counting machines; assisted in achieving a favorable settlement for the class that received final approval from the court); and
- *Chepiga, et al. v. Conair Corp.*, No. 17-1090 (D.N.J.) (lead counsel in class action against Conair Corporation alleging consumer fraud in its recall of chopping blades from Cuisinart food processor products, and efficiently negotiated a favorable settlement for the class that received final approval from the court).

The Radice Law Firm has also been instrumental in developing new cases:

- *Amitiza* (researched and jointly filed first case alleging Takeda improperly paid Par to delay generic competition for Takeda's drug Amitiza, which resulted in landmark pay-for-delay jury verdict in favor of plaintiffs);
- *Dental Supplies* (investigated and filed the first complaint alleging a years-long conspiracy to fix margins in the market for dental supplies. Over sixty law firms subsequently filed similar cases. John Radice was appointed liaison counsel in that litigation. $80 million settlement for the class);
- *Align Technology* (part of the first and only case on behalf of a class of dentists and dental practices); and
- *Conair* (filed the only class action complaint against Conair Corporation alleging consumer fraud in its recall of chopping blades from its Cuisinart food processor products).

Biographies of certain of the firm's attorneys follow.

## JOHN RADICE

John Radice founded the Radice Law Firm in 2012. He graduated from Princeton University, and attended New York University School of Law, where he was a Hays Fellow. After law school, he clerked for Judge Edith Brown Clement in the United States Court of Appeals for the Fifth Circuit, and then worked for some of the largest plaintiffs' antitrust firms in the country before founding the Radice Law Firm.

Mr. Radice was part of litigation or trial teams in cases including *In re Amitiza Antitrust Litigation*; *Dental Supplies*; *Flonase*; *Inclusive Access*; *Align Technology*; *United States ex rel. Piacentile v. Bristol-Myers Squibb Co.*, No. 05-10196 (D. Mass.) ($515 million *qui tam* settlement related to unlawful promotion of Abilify); *In re Tricor Direct Purchaser Antitrust Litigation*, No. 05-340 (D. Del.) ($250 million settlement after the start of trial in case alleging delayed entry of generic versions of Tricor); and *In re Neurontin Marketing & Sales Practices*

*Litigation*, No. 04-10981 (D. Mass.) (resulting in a RICO jury verdict statutorily trebled to over $142 million for the unlawful and fraudulent promotion of Neurontin), among many others.

Mr. Radice heads the firm's case investigation and development efforts and has developed multiple new cases including *In re Norvir Direct Purchaser Antitrust Litigation*, No. 04-1511 (N.D. Cal.) (developed first direct purchaser case); *Amitiza*; *Dental Supplies*; *Inclusive Access*; *Align Technology*; and *Conair*.

Mr. Radice has a background in economics and often works with expert economists to develop the economic analysis to support key arguments in antirust cases.

**KENNETH PICKLE**

Prior to law school, Mr. Pickle was an analytical chemist for a large pharmaceutical company. His litigation experience includes representing plaintiffs in all phases of litigation, including case evaluation and assessment, development of case strategy, all phases of discovery, trial strategy development, and trial. He has been part of the litigation or trial teams in numerous class actions against pharmaceutical companies alleging anticompetitive delayed-generic entry business practices, including *Xyrem*; *In re Celebrex (Celecoxib) Antitrust Litigation*, No. 14-cv-00361 (E.D. Va.) ($94 million settlement in case alleging Pfizer fraudulently obtained patents and delayed generic competition); and *In re Intuniv Antitrust Litigation*, 16-cv-12653 (D. Mass.) ($77.9 million in settlements in case alleging that Shire and Actavis anticompetitively delayed entry of a generic version of Shire's ADHD drug).

Mr. Pickle also has experience litigating class action antitrust cases in the financial trading, telecommunication, and dental supplies industries. Mr. Pickle graduated from Cardozo Law School in 2011, where he served as associate editor for the Cardozo Journal of International and Comparative Law. He is admitted to the bar of the State of New York, as well as the U.S. District Courts for the Southern District of New York and Eastern District of New York. He is also a registered patent attorney with the U.S. Patent and Trademark Office.

**DANIEL RUBENSTEIN**

Daniel Rubenstein began work with the Radice Law Firm in March 2016 and became a partner in January 2023. Mr. Rubenstein is an experienced litigation attorney who has practiced extensively in both federal and state courts. At the Radice Law Firm, he has been involved in many complex class actions in the antitrust field. He has worked on numerous complaints, briefs, and motions, performed substantial research assignments, taken and defended depositions, and assisted in many other aspects of discovery, including working with medical experts in more than ten different cases. He has had a significant role in *Solodyn*; *Niaspan*; *Intuniv*; *Amitiza*; *Staley, et al. v. Gilead, et al.*, No. 19-2573 (N.D. Cal.) (alleging Gilead's anticompetitive conduct resulted in delayed entry of generic HIV drugs); *In re Zetia (Ezetimibe) Antitrust Litigation*, No. 18-md-2836 (E.D. Va.) (alleging Merck improperly paid Glenmark to delay generic competition for cholesterol drug Zetia); *Dental Supplies*; *Align Technology;* and *Inclusive Access*, among others.

Prior to joining the Radice Law Firm, Mr. Rubenstein practiced as a litigator and corporate lawyer. His litigation practice focused on civil rights and constitutional cases. His

corporate practice focused on the representation of technology companies and on cross-border transactions, including mergers, joint ventures, technology licensing, reverse mergers, securities offerings, and SEC reporting.

Mr. Rubenstein earned his J.D. from Harvard Law School in 2000, and graduated magna cum laude from Carleton College in 1997 with a B.A. in Economics, where he was named to Phi Beta Kappa and also to the Dean's List for 1994-6. He also studied biology, organic chemistry, and biochemistry at West Virginia State University and Marshall University, and uses that background to assist with medical and scientific issues in his legal practice. Mr. Rubenstein is admitted to practice in New York and Texas (currently inactive in Texas), and in the Southern and Eastern Districts of New York.

## CLARK CRADDOCK

Ms. Craddock has more than fifteen years of experience as a litigator. Prior to joining the Radice Law Firm, Ms. Craddock worked for seven years as an attorney in the New York office of Jones Day, where she primarily practiced intellectual property law. Her practice included cases concerning patent infringement, trademark infringement and unfair trade practices. Ms. Craddock also worked in the San Francisco office of Quinn Emanuel Urquhart & Sullivan, where she continued to practice intellectual property law before joining the Radice Law Firm.

Her practice now focuses on class action antitrust actions, and she had significant roles on the litigation teams in *Xyrem*, *Intuniv*, and *Amitiza*.

Ms. Craddock earned her J.D. from the University of Pennsylvania Law School in 2004. She received a B.S. in Biology from the College of William and Mary. She then earned her Ph.D. in Ecology and Evolution from Rutgers University with research examining on the genetic relationships among molluscan species at deep-sea hydrothermal vents and cold-water seeps.

Prior to law school, Ms. Craddock taught undergraduate and graduate science courses at the University of South Florida. Ms. Craddock is admitted to practice in New York, New Jersey and California, and in the Southern District of New York and Northern District of California.

## APRIL D. LAMBERT

April D. Lambert joined the Radice Law Firm in June 2016. Prior to joining the Radice Law Firm, Ms. Lambert was an associate in the intellectual property litigation group at Sidley Austin LLP. Ms. Lambert has extensive experience litigating patent infringement and antitrust cases, as well as handling other intellectual property matters. Ms. Lambert has also participated on the discovery teams of a range of litigation matters.

Ms. Lambert has played an integral role in numerous pharmaceutical antitrust cases, including *Ranbaxy; Loestrin*; *In re Asacol Antitrust Litig.*, No. 15-12730 (D. Mass.) (alleging delayed generic entry of prescription drug Asacol); *In re Niaspan Antitrust Litig.*, 13-md-2460 (E.D. Pa.) (alleging delayed generic entry of prescription drug Niaspan); and *Solodyn*. She has also had important roles in other antitrust cases such as *Align*.

Ms. Lambert earned her J.D. from the New York University School of Law (2003), where she was a McKay Scholar, an award given to the top 25% of the class and was the

Executive Editor of the *N.Y.U. Journal of Legislation and Public Policy*. While at NYU, Ms. Lambert served as an intern for the New York City Public Advocate's Office. Ms. Lambert also graduated Phi Beta Kappa from Johns Hopkins University (2000) and earned a masters degree in library and information science from the University of Illinois (2013).

## A. LUKE SMITH

Mr. Smith, who joined the Radice Law Firm in 2014, has considerable experience litigating all phases of complex class actions, from prefiling investigations through post-trial briefing. Throughout his career, Mr. Smith has had the privilege of working alongside the nation's most preeminent plaintiffs law firms and lawyers, and has been part of the litigation or trial teams in the following cases, among many others:

- *In re Amitiza Antitrust Litigation*, No. 21-11057 (D. Mass.) ($474.9 million jury verdict (before automatic trebling) in case alleging that Takeda unlawfully paid Par to delay entry of generic Amitiza);
- *In re Zetia (ezetimibe) Antitrust Litig.*, No. 18-md-2836 (E.D. Va.) (confidential settlement for direct purchasers in case alleging Merck paid Glenmark to delay generic entry);
- *In re Prandin Direct Purchaser Antitrust Litig.*, No. 10-12141 (E.D. Mich. ($19 million settlement in case challenging Novo Nordisk's conduct to delay generic entry);
- *Marchese v. Cablevision Systems Corp.*, No. 10-02190 (D.N.J.) (accusing Cablevision of illegally tying two-way cable services to rentals of a Cablevision-supplied set-top box);
- *In re Solodyn Antitrust Litig.*, No. 14-10438 (D. Mass.) ($74 million in settlements in case alleging that Medicis engaged in an anticompetitive scheme to delay generic competition);
- *In re Lidoderm Antitrust Litig.*, No. 14-2521 (N.D. Cal.) ($166 million in settlements in case alleging that Endo paid its generic competitor, Watson (now known as Actavis), to delay generic versions of Lidoderm); and
- *In re Capacitors Antitrust Litig.*, No.14-3264 (N.D. Cal.) (alleging manufacturers of capacitors (ubiquitous components found in virtually every electronic device) conspired to inflate capacitor prices).

Mr. Smith earned his J.D. from Pennsylvania State University Dickinson School of Law (2010), and graduated summa cum laude from Cheyney University of Pennsylvania with a degree in Business Management (2007). Mr. Smith has completed internships for the Honorable Joseph A. Greenaway, then of the United States District Court for the District of New Jersey, the New Jersey Office of the Public Defender, and at the Pennsylvania Attorney General, Bureau of Consumer Protection.

Mr. Smith is licensed to practice in Pennsylvania and New Jersey has been admitted to the United States District Courts for the Eastern District of Pennsylvania and the District of New Jersey.

## CHARLES KOPEL

Charles Kopel is an experienced antitrust attorney who joined the Radice Law Firm in May 2025. He is an active member of the litigation team in *Amitiza* and *Carefirst of Maryland, et al. v. Johnson & Johnson, et al.,* No. 23-629 (E.D. Va.) (antitrust class action alleging Johnson & Johnson's anticompetitive actions delayed biosimilar competition for the drug Stelara). Prior to joining the Radice Law Firm, he practiced antitrust law with a complex litigation firm, focusing on class actions in the financial and pharmaceutical industries, including *Carefirst*; and three cases involving bond markets: *In re European Government Bonds Antitrust Litigation*, No. 19-2601 (S.D.N.Y); *In re GSE Bonds Antitrust Litigation*, No. 19-1704 (S.D.N.Y.); and *In re Mexican Government Bonds Antitrust Litigation*, No. 18-2830 (S.D.N.Y.), each alleging that major financial institutions colluded to manipulate the prices of those different types of bonds to the detriment of investors.

Mr. Kopel graduated summa cum laude from Yeshiva University and has a J.D. from New York University School of Law. He is admitted in New York, New Jersey, and Pennsylvania, the Southern District of New York, the District of New Jersey, and the Eastern District of Pennsylvania.