**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLON HURSTON; ERIK GUILLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-09977 (JXN-JBC) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT THE RADICE LAW FIRM, PC AS INTERIM LEAD COUNSEL**

1. Having considered Plaintiffs' motion, the accompanying memorandum, declaration, and the points and authorities cited therein, the Court hereby appoints the Radice Law Firm, PC as Interim Lead Counsel pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure.

2. Interim Lead Counsel shall, in its discretion, be responsible for coordinating Plaintiffs' and the putative Class's pretrial activities and shall:

   a. Determine and present (in briefs, oral argument, or such other fashion as may be appropriate) to the Court and Defendants the position of Plaintiffs on all matters arising during pretrial proceedings;

   b. Coordinate the initiation and conduct of discovery on behalf of Plaintiffs consistent with the requirements of Federal Rule of Civil Procedure 26;

c. To the extent practicable, coordinate discovery efforts with counsel for the New Jersey Attorney General in *Attorney Gen. of the State of N.J. v. Amazon.com, Inc. et al.*, No. 2:26-CV-09814 (D.N.J.), to ensure that discovery is conducted in an efficient, orderly, and non-duplicative manner;

d. Conduct and coordinate any settlement negotiations on behalf of Plaintiffs and the proposed Class;

e. Delegate specific tasks to other counsel or committees of counsel, in its discretion and as authorized by the Court, in a manner to ensure that pretrial preparation is conducted efficiently and effectively;

f. Enter into stipulations with opposing counsel for the conduct of the litigation;

g. Maintain adequate time and disbursement records covering services for Plaintiffs and the putative Class; and

h. Perform such other duties as may be incidental to proper coordination of Plaintiffs' and the putative Class's pretrial activities or authorized by further order of the Court.

It is so ORDERED on this ______ day of ____________, 2026.

____________________________
Hon. Julien Xavier Neals