A. Luke Smith
John Radice
Charles Kopel
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
(646) 245-8502
lsmith@radicelawfirm.com
jradice@radicelawfirm.com
ckopel@radicelawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLON HURSTON; ERIK GUILLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-09977 (JXN-JBC)<br><br>**CERTIFICATE OF SERVICE** |

**PLEASE TAKE NOTICE** that on October 16, 2026, the undersigned member of the bar of this Court hereby certifies that service was made of each of the following documents by serving true electronic copies thereof on all counsel of record via ECF:

1. Plaintiffs' Notice of Motion to Appoint the Radice Law Firm, PC as Interim Lead Counsel;

2. Memorandum of Law in Support of the Motion;

3. Declaration of Charles Kopel in Support of the Motion;

4. Proposed Order Appointing the Radice Law Firm, PC as Interim Lead Counsel;

I certify that the foregoing statements made by me are true.

Dated: October 16, 2026

*/s/ Charles Kopel*
Charles Kopel