Matthew S. Weiler
Todd M. Schneider
**SCHNEIDER WALLACE**
**COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
mweiler@schneiderwallace.com
tschneider@schneiderwallace.com

*Attorneys for Plaintiffs Darius Davis,*
*Kory Anderson, and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

LARKIN LEE ANDERSON, JR.; JAYLONHURSTON; ERIK GUILLEN, individually and on behalf of all others similarly situated,

*Plaintiffs,*

v.

AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,

*Defendants*

DARIUS DAVIS,

*Plaintiff,*

v.

AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,

*Defendants.*

KORY ANDERSON,

*Plaintiff,*

v.

Civil Action Nos.
2:26-cv-09977 (JXN-JSA);
3:26-cv-09948 (JXN-JSA);
2:26-cv-14176 (JXN-JSA)

**PLAINTIFFS' CROSS-MOTION TO APPOINT SWCK AS INTERIM CO-LEAD COUNSEL AND JAVERBAUM AS LIASON COUNSEL**

AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,

*Defendants*.

**PLEASE TAKE NOTICE** that on November 16, 2026, at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiffs Darius Davis and Kory Anderson will move before the Honorable Julien X. Neals, United States District Judge, at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, for entry of an Order appointing SWCK as Interim Co-Lead Counsel and Javerbaum as Liaison Counsel for the proposed class.

**PLEASE TAKE FURTHER NOTICE** that in support of this cross-motion, Plaintiffs will rely on the supporting Memorandum of Law and Declaration of Matthew S. Weiler submitted herewith, together with any papers counsel may submit in response to any related filing.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order accompanies this cross-motion.

Dated: November 2, 2026

Respectfully submitted,

*/s/ Matthew S. Weiler*
Matthew S. Weiler
Todd M. Schneider
Raymond S. Levine
Braden R. Leach
**SCHNEIDER WALLACE COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com
rlevine@schneiderwallace.com
bleach@schneiderwallace.com

*Attorneys for Plaintiffs Darius Davis,*
*Kory Anderson, and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 2, 2026, I caused to be served a copy of the foregoing Cross-Motion to Appoint SWCK as Interim Co-Lead Counsel and Javerbaum as Liaison Counsel on all counsel of record via the Court's CM/ECF system.

*/s/ Matthew S. Weiler*
Matthew S. Weiler

*Attorney for Plaintiffs Darius Davis,*
*Kory Anderson, and the Proposed Class*