Matthew S. Weiler
Todd M. Schneider
**SCHNEIDER WALLACE**
**COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
mweiler@schneiderwallace.com
tschneider@schneiderwallace.com

*Attorneys for Plaintiffs Darius Davis,*
*Kory Anderson, and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLONHURSTON; ERIK GUILLEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>*Defendants* | Civil Action Nos.<br>2:26-cv-09977 (JXN-JSA);<br>3:26-cv-09948 (JXN-JSA);<br>2:26-cv-14176 (JXN-JSA)<br><br>**DECLARATION OF MATTHEW S. WEILER IN SUPPORT OF PLAINTIFFS' CROSS-MOTION TO APPOINT SWCK AS INTERM CO-LEAD COUNSEL AND JAVERBAUM AS LIAISON COUNSEL** |
| DARIUS DAVIS,<br><br>*Plaintiff*,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>*Defendants*. | |
| KORY ANDERSON,<br><br>*Plaintiff*,<br><br>v. | |

| |
|---|
| AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>*Defendants*. |

I, Matthew S. Weiler, declare:

1. I make this declaration on my own personal knowledge and if called to testify to these matters, I could do so competently.

2. I am a partner with Schneider Wallace Cottrell Kim LLP ("SWCK"), counsel for Plaintiffs Darius Davis and Kory Anderson. I am duly licensed to practice law in the State of California and am admitted to practice in this District. I make this declaration in support of Plaintiffs' Cross-Motion to Appoint SWCK as Interim Co-Lead Counsel and Javerbaum as Liaison Counsel.

3. SWCK began investigating antitrust claims on behalf of a class of Amazon Delivery Service Provider drivers right after the New Jersey Attorney General filed a complaint alleging that Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics Inc. (collectively, "Amazon") abused its monopsony power in the labor market for DSP drivers.

4. Before filing Plaintiffs' complaints, SWCK conducted factual research to buffer their allegations, performed legal research to hone their legal theories, and retained and consulted with an expert labor economist to analyze Amazon's alleged wage suppression.

5. After learning that Anderson, Jr. had brought a similar action in this Court, Davis agreed to transfer his case for the sake of cooperation and efficiency.

6. SWCK has had discussions with the Radice Law Firm about co-leading this litigation. Although these communications have been productive and founded in mutual respect, they have not resulted in an agreement.

7. SWCK has worked productively with members of the Radice Law Firm in the past. I have worked directly with Charles Kopel in antitrust and pharmaceutical litigation for mutual clients and I have considerable respect for his work. I have worked indirectly with the Radice Law firm in antitrust matters concerning capacitors, Xyrem, and Mexican government bonds, and will continue to do so if appointed by the Court.

8. I am the leader of SWCK's antitrust litigation group. SWCK has a talented team of antitrust litigators, and the team biographies and more information on the firm's present and past representations are included in the resume attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: November 2, 2026

*/s/ Matthew S. Weiler*
Matthew S. Weiler

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 2, 2026, I caused to be served a copy of the foregoing Declaration of Matthew S. Weiler in Support of Plaintiffs' Cross-Motion to Appoint SWCK as Interim Co-Lead Counsel and Javerbaum as Liaison Counsel on all counsel of record via the Court's CM/ECF system.

*/s/ Matthew S. Weiler*
Matthew S. Weiler

*Attorney for Plaintiffs Darius Davis, Kory Anderson, and the Proposed Class*

# EXHIBIT A

**The Antitrust Litigation Practice Group**

The Antitrust Litigation Practice Group at Schneider Wallace Cottrell Kim LLP ("SWCK") is an experienced group of trial attorneys who have experience litigating some of the most complex antitrust cases in the United States. The Antitrust Practice Group at SWCK is a team of twelve attorneys supported by an in-house electronic discovery team, as well as SWCK's attorneys from the Business Litigation and Competition practice group.

SWCK's Antitrust Litigation Practice Group is led by Matthew S. Weiler, a seasoned litigator who was an integral member of the trial team that achieved one of the largest recoveries under California's Cartwright Act in antitrust litigation concerning Ciprofloxacin. Mr. Weiler has developed antitrust cases in several industries, including disposable batteries, crypto assets, and commodities.

The Antitrust Litigation Practice Group is directed by firm founder and Managing Partner Todd M. Schneider, a distinguished trial attorney who has tried dozens of cases to a jury across the United States, and Jason Kim, who heads SWCK's Business Litigation and Competition group. The Antitrust Litigation Practice Group has tried antitrust litigation to verdicts in state and federal court.

The Antitrust Practice Group, as explained in further detail below, has extensive Multi-District Litigation ("MDL") experience, and members of the Antitrust Practice Group have litigated landmark privacy class actions, such as the Facebook Cambridge Analytica action, and have led securities class actions.

The Antitrust Litigation Practice Group leads class actions and also litigates claims on behalf of direct-action plaintiffs, including four of the largest ten health plans in the United States. SWCK's recent engagements are discussed in more detail below.

**Schneider Wallace Antitrust Litigation – Current Antitrust Litigation**

- *In re Branded Beverages Antitrust Litigation* – co-lead counsel for direct purchaser plaintiffs in antitrust litigation pending in the U.S. District Court for the Southern District of New York concerning Walmart's agreement with Pepsi to raise prices on Walmart's competitors and consumers on branded beverages.

- *In re Apple Inc. Smartphone Antitrust Litigation* – co-lead counsel for indirect purchaser plaintiffs in antitrust litigation pending in the U.S. District Court for the District of New Jersey concerning Apple's iPhone and monopolistic "lock in" practices that has inflated prices paid for consumers for their iPhones.

- *Portable Power, Inc., et al. v. Energizer Holding Co., Inc. et al.* – SWCK is co-lead counsel for the direct purchaser plaintiffs in the Portable Power and Schuman actions alleging that Energizer and Walmart reached an agreement to raise prices on Walmart's competitors for selling Energizer batteries. A motion to certify two classes of direct purchases is pending in the Northern District of California.

- *In re Tether & Bitfinex Crypto Asset Litigation* – co-lead counsel in an antitrust class action representing a certified class of direct purchasers plaintiffs pending in the U.S. District Court for the Southern District of New York concerning monopolistic practices by Tether, a company that issues stablecoins used to purchase crypto assets, including the printing of unbacked stablecoins that led to the inflation of prices of bitcoin and other crypto assets.

- *Khan v. Sedgwick Claims Management Inc.*—lead counsel in antitrust class action pending in the U.S. District Court for the Northern District of Illinois concerning "no poach" agreements Sedgwick entered into with horizontal competitors to suppress compensation for its employees.

- *Little v. Pacific Seafood Procurement, LLC, et al.* – Antitrust litigation pending in the U.S. District Court for the Northern District of California concerning cartel activity by purchasers of Dungeness crab leading to the suppression of pay for the catch of fishermen who sell fresh ex vessel crab. Mr. Weiler of SWCK is co-leading the litigation as a member of the Executive Committee.

- *In re Generics Pharmaceuticals Pricing Antitrust Litigation* – representing three national health plans in the U.S. District Court for the Eastern District of Pennsylvania concerning price-fixing activity by manufacturers of generic pharmaceuticals.

- *In re Revlimid and Thalomid Antitrust Litigation* – representing four health plans in antitrust litigation involving the block buster cancer drug Revlimid in the U.S. District Court for the District of New Jersey.

- *Aetna Inc., et al. v. Corcept*: representing four national health plans in antitrust litigation concerning Korlym, a treatment for Cushing's syndrome, in Alameda Superior Court in California.

- *Aetna, Inc. et al., v. Takeda Pharmaceuticals, et al.* – representing multiple health plans in antitrust litigation against Takeda Pharmaceuticals and TWi Pharmaceuticals alleging that defendants unlawfully delayed the market entry of generic competitors to the drug Dexilant. The case is pending in California Superior Court for San Francisco County.

- *Aetna Inc. et al. v. Takeda* – representing four national health plans in antitrust litigation concerning Amitiza, a treatment for chronic idiopathic constipation in adults and irritable bowel syndrome, in Suffolk Superior Court in Boston.

- *Humana Inc. v. Janssen Biotech, Inc.* – representing three health plans in an antitrust suit against Johnson & Johnson in the Philadelphia Court of Common Pleas, alleging that defendants unlawfully delayed the market entry of generic competitors to the autoimmune drug Stelara. The parties are briefing Defendants' preliminary objections.

- *Aetna Inc. et al. v. Bausch Health Cos., Inc., et al.* – representing several health plans in antitrust litigation against Bausch Health in state court in Pittsburgh concerning anticompetitive activity in the market for Xifaxan.

SCHNEIDER² WALLACE COTTRELL KIM LLP

**Schneider Wallace Antitrust Litigation – Past Results**

- *In re Suboxone Antitrust Litigation.* – SWCK represented five health plans in Salem County Superior Court in Salem, Virginia, in litigation concerning the opioids treatment Suboxone and challenging the "product hop" from pills to film. SWCK tried the first phase of the Virginia Suboxone litigation in October 2023 and prevailed with a unanimous jury verdict in favor of plaintiffs. The Virginia *Suboxone* Litigation settled for $85 million a week before the second phase of trial in July 2024.

- *In re Xyrem Antitrust Litigation*, 20-md-2966: SWCK represented five national health plans in litigation pending in the United States District Court for the Northern District of California and in Alameda Superior Court in Oakland California in antitrust class action concerning anticompetitive conduct the market for Xyrem, an expensive narcolepsy drug. SWCK reached confidential settlements with all defendants.

- *In re Glumetza Antitrust Litigation* – SWCK represented two health plans in antitrust litigation concerning agreements to fix and inflate the price of Glumetza in the Alameda Superior Court in Oakland, California. SWCK reached confidential settlements with all defendants.

- *Contant v. Bank of America, et al.* – class action settlement providing $23.6 million for purchasers of foreign exchange ("FX") derivatives who were indirect purchasers of FX derivatives. SWCK role: counsel for the class supporting Berger Montague.

- *In re Cipro Cases I & II* – represented indirect purchasers in California state court class action challenging $399 million "reverse payment" settlement between Bayer and predecessor company to Teva. Recovered $399 million (Result achieved by Mr. Weiler at another law firm). SWCK role: Mr. Weiler took expert depositions, argued pretrial motions to exclude evidence including defendants' experts, drafted successful motions to exclude expert testimony, and prepared trial witnesses for depositions and trial.

- *In re Capacitors Antitrust Litigation* – Antitrust class action concerning a cartel in capacitors, a critical passive electronic component used in virtually every electronics product; direct purchaser settlements totaling over $600 million. SWCK role: Mr. Weiler argued discovery motions; drafted successful oppositions to motions to dismiss at several stages of litigation; took depositions of cartel members and corporate representatives; and negotiated early settlements while at another law firm.

- *Le et al v. Zuffa, LLC* – Antitrust action brought on behalf of Ultimate Fighting Championship ("UFC") fighters alleging monopsony by UFC in market for MMA fighters. SWCK role: Mr. Weiler argued key discovery motions, drafted successful oppositions to motions to dismiss, managed affirmative and defensive discovery, deposed UFC executives and corporate representatives, helped develop successful strategy for class certification.

- *In re Disposable Contact Lens Antitrust Litigation* – Antitrust class action litigation concerning anticompetitive unilateral pricing policies ("UPP") that inflated prices for

contact lens purchasers. Settled for over $118 million. SWCK role: Mr. Weiler argued key discovery motions, took and prepared for depositions, and drafted key parts of successful motion for class certification.

- *In re Domestic Airline Travel Antitrust Litigation* – Antitrust class action concerning division of market for airline routes among leading airlines. Settlements reached totaling $60 million. SWCK role: Mr. Weiler helped manage discovery and prepare evidentiary record for opposing summary judgment and trial.

- *G.U.E. Tech v. Panasonic Avionics* – represented video game developer in antitrust litigation against Panasonic Avionics, concerning anticompetitive activity in the market for inflight entertainment. Confidential settlement reached. SWCK role: Mr. Weiler was co-lead counsel for plaintiff G.U.E. Tech at another law firm.

- *In re Mexican Government Bonds Antitrust Litigation* – Antitrust class action alleging broker dealer defendants manipulated the bid-ask spread for Mexican government bonds sold in the U.S. Settlements of over $20 million reached in ongoing litigation. SWCK role: while at another law firm Mr. Weiler drafted a complaint on behalf of a municipal plaintiff and drafted key aspects of opposition to motion to dismiss.

**Schneider Wallace – Past MDL and Related Experience**

- *In re Chrysler-Dodge-Jeep EcoDiesel Marketing, Sales Practices and Products Liability Litigation*, 17-md-2777 – Class action brought on behalf of consumers who purchased diesel cars with "defeat devices" designed to cheat emissions testing; recovered over $300 million under for claims under federal RICO and consumer claims. SWCK role: Mr. Weiler of SWCK took depositions, litigated discovery disputes, and developed record evidence for opposition to summary judgment and trial.

- *In re Facebook, Inc., Consumer Privacy User Profile Litigation*, 18-md-2843 – landmark privacy litigation concerning unauthorized access to user accounts by applications such as Cambridge Analytica. Litigation resulted in $725 million settlement, currently on appeal before the Ninth Circuit Court of Appeals. SWCK role: Mr. Weiler while at another law firm developed case strategy, drafted key parts of Plaintiffs' complaint and successful opposition to Facebook's motion to dismiss.

- *In re Capacitors Antitrust Litigation*, 17-md-2801 – see above

- *In re Generics Pharmaceuticals Pricing Antitrust Litigation*, 16-md-2724 – see above

Schedule A Consult: **(800) 689-0024**

SCHNEIDER² WALLACE COTTRELL KIM LLP



# TODD M. SCHNEIDER

## Partner

**tschneider@schneiderwallace.com**
**Phone: 415-421-7100**
**Fax: 415-421-7105**

**2000 Powell Street, Emeryville, California, 94608**

Todd Schneider founded Schneider Wallace Cottrell Kim LLP in 1993. He has an extensive background in complex litigation in the areas of employment, consumer rights, financial service, ERISA and antitrust. He has numerous court victories in both jury and bench trials alike. He has argued cases in courts at every level from trial courts to the United States Supreme Court.

Mr. Schneider is a published author and he lectures widely. He is a past president of The San Francisco Trial Lawyers Association and has served as vice president for Consumer Attorneys of California.

Mr. Schneider was named Trial Lawyer of the Year by the San Francisco Trial Lawyers' Association and he has been honored as a Super Lawyer in the area of class actions and mass torts by San Francisco Super Lawyers Magazine for each year that the list has been published. He has twice been a finalist for the Consumer Attorneys of California's prestigious Consumer Attorney of the Year award. He is AV® Preeminent™ Peer Review Rated by Martindale-Hubbell and received a rating of "superb" by AVVO.

Mr. Schneider has been inducted into the American Board of Trial Advocates (ABOTA), a distinguished national association of trial lawyers and judges committed to protecting the constitutional right to trial by jury. Founded in 1958, ABOTA is dedicated to elevating the standards of legal advocacy and promoting civility and professionalism within the trial bar. Membership in ABOTA is by invitation only and reserved for accomplished trial attorneys who have demonstrated substantial jury-trial experience, exceptional skill in advocacy, and the highest standards of integrity and ethical conduct.

Mr. Schneider was appointed by the Chief Justice of the California Supreme Court to serve on California's Advisory Committee on Civil Jury Instructions, the body that writes the Judicial Council of California Civil Jury Instructions. He has served on that committee for over a decade along side of a select group of the state's elite trial lawyers, judges, and appellate justices.

## Education

- University of Denver Korbel School of International Studies
- University of Denver Sturm College of Law

## Awards

- Trial Lawyer of the Year - San Francisco Trial Lawyers' Association
- Finalist - Consumer Attorney of the Year - Consumer Attorneys of California
- Presidential Award of Merit - Consumer Attorneys' of California
- Top 10 Wage and Hour Trial Lawyer, 2023-2026 - The National Trial Lawyers
- Super Lawyer, 2004 – present
- Top 100 Attorneys in Northern California - The National Trial Lawyers
- Top 100 Civil Plaintiff Attorneys - The National Trial Lawyers
- AV® Preeminent™ Peer Review Rated and Judicial Edition by Martindale-Hubbell
- Rated Superb by AVVO

## Professional Affiliations

- State Bar of California
- San Francisco Trial Lawyers' Association (former President)
- Consumer Attorneys of California (former Vice President)
- Judicial Council of California Advisory Committee on Civil Jury Instructions
- American Board of Trial Advocates
- Public Justice
- California Employment Lawyers' Association
- National Employment Lawyers' Association
- American Association for Justice

## Admitted to Practice

- California
- United States Supreme Court
- Supreme Court of California
- United States Court of Appeals for the Ninth Circuit
- United States Court of Appeals for the Tenth Circuit
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California
- United States District Court for the Central District of California
- United States District Court for the District of Colorado
- United States District Court for the District of Nebraska
- United States Federal Court of Claims

Schedule A Consult: **(800) 689-0024**

SCHNEIDER² WALLACE COTTRELL KIM LLP



# JASON H. KIM

**Partner**

**jkim@schneiderwallace.com**
**Phone: 415-421-7100**
**Fax: 415-421-7105**

**515 S. Figueroa Street, Los Angeles, California, 90071**

Jason H. Kim is the head of the firm's Business Litigation and Competition practice group. Mr. Kim is an accomplished plaintiff-side litigator in a variety of fields, including antitrust, consumer class actions, civil rights, and ERISA. Highlights of his experience include:

**Antitrust**

Represents three of the top ten health insurers in *In re Generics Pharmaceuticals Pricing Antitrust Litigation*, one of the largest-price fixing cases in U.S. history, and another top health insurer in similar litigation pending in state court;

Represented four of the top ten health insurers and other health insurers in settled antitrust litigation relating to several drugs, including Xyrem, Suboxone, and Glumetza. The Suboxone matter settled for $85 million on behalf of four health plans after the health plans prevailed on a jury trial on the defendant's statute of limitations defense;

Represents the Commonwealth of Puerto Rico in *In re Pork Antitrust Litigation;* and

Represented an online travel agency in settled antitrust litigation against the nation's largest hotel companies;

**Consumer Class Actions**

Obtained class settlement in *Knapp v. Art.com,* a class action alleging Art.com advertised perpetual sales on its website in violation of California law;

Obtained class settlement in *Dashnaw v. New Balance Athletics, Inc.*, a class action alleging New Balance falsely marketed certain of its athletic shoes as "Made in USA" in violation of California law; and

Obtained class jury verdict in *Banks v. R.C. Bigelow, Inc.*, a class action alleging Bigelow falsely marketed certain of its teas as "100% Manufactured in USA" in violation of California law.

**Civil Rights / Disability Rights / IDEA**

Established that the State of Hawaii violated the Americans With Disabilities Act and the Rehabilitation Act by excluding individuals with disabilities from a state-funded healthcare program and that such exclusion was intentional, allowing recovery of compensatory damages in *Lovell v. Chandler*, 303 F.3d 1039 (9th Cir. 2002);

Obtained class settlement in *McMillion v. State of Hawaii*, a class action alleging that Hawaii's public housing authority was in violation of the Americans With Disabilities Act with respect to access at the largest public housing complex in the state;

Prevailed in three appeals establishing that the states of Hawaii, Rhode Island, and Connecticut had violated the Individuals With Disabilities in Education Act by prematurely terminating students' entitlement to special education in *E.R.K. v. State of Hawaii Department of Education*, 728 F.3d 982 (9th Cir. 2013), *K.L. v. Rhode Island Board of Education*, 907 F.3d 639 (1st Cir. 2018), and *A.R. v. Connecticut State Board of Education*, 5 F.*4th* 155 (2d Cir. 2021); and

Obtained judgments and settlements against the states of Minnesota and Montana on this same issue.

**ERISA**

Obtained $75 million class settlement in *In re J.P. Morgan Stable Value Fund ERISA Litigation*, a class action alleging J.P. Morgan had mismanaged its stable value funds, which were offered as an investment option in the 401(k) plans of hundreds of large employers. This was the largest non-church plan ERISA settlement in 2019; and

Obtained $30 million class settlement in *Jacobs v. Verizon Communications, Inc.*, a class action alleging Verizon had included an improper investment in its 401(k) retirement plan.

# Practice Focus

- Class Actions

# Education

- Harvard Law School, J.D.
  - Graduated *magna cum laude*
- Harvard College, B.A
  - Phi Beta Kappa

# Admitted to Practice

- California
- Hawaii

SCHNEIDER² WALLACE COTTRELL KIM LLP

Schedule A Consult: **(800) 689-0024**



# MATTHEW S. WEILER

**Partner**

**mweiler@schneiderwallace.com**
**Phone: (415) 421-7100**
**Fax: (415) 421-7105**

**2000 Powell Street, Emeryville, California, 94608**

Mr. Weiler has more than fifteen years' experience litigating antitrust, qui tam, and securities matters in California state court and federal courts across the U.S. At Schneider Wallace Cottrell Kim (SWCK), Mr. Weiler represents firm clients in pursuing claims related to price fixing of generic drug, and other anticompetitive practices in the health care industry that harm health care providers. Mr. Weiler is also pursuing claims on behalf of crypto currency purchasers for antitrust claims and other violations of law related to market manipulation, where SWCK has been appointed interim co-lead counsel.

Prior to joining SWCK, Mr. Weiler was an integral member of the team that collected $399 million in settlements for California purchasers of the drug Cipro, one of the largest cash settlements ever achieved under California antitrust law. Mr. Weiler also helped obtain over $200 million in settlements on behalf of direct purchasers of capacitors from members of an international price-fixing cartel; pursued monopolization claims against the United Fighting Championship under Section 2 of the Sherman Act; and represented a certified class of purchasers of disposable contact lenses in challenging uniform pricing policies under antitrust laws.

Mr. Weiler also has expertise in securities litigation, and has experience representing investors in pursuing violations of state and federal securities laws.

Mr. Weiler graduated from the University of Michigan Law School, cum laude in 2004. Prior to that, he earned his Bachelor of Arts degree from the University of Michigan in Economics, summa cum laude with departmental honors, where he was also elected to Phi Beta Kappa. Mr. Weiler was a visiting scholar at St. Edmund Hall, Oxford University, from 2000 to 2001.

## Education

- University of Michigan, J.D.
    - Graduated *cum laude*
- University of Michigan, B.A.

  - *Graduated summa cum laude*

# Admitted to Practice

- California
- Supreme Court of California
- United States Court of Appeals for the Ninth Circuit
- United States District Court for the Central District of California
- United States District Court for the Eastern District of California
- United States District Court for the Northern District of California
- United States District Court for the Southern District of California

Schedule A Consult: **(800) 689-0024**

SCHNEIDER² WALLACE COTTRELL KIM LLP



# J. CALEIGH MACDONALD

**Partner**

**jmacdonald@schneiderwallace.com**
**Phone: 415-421-7100**
**Fax: 415-421-7105**

**2000 Powell Street, Emeryville, California, 94608**

Caleigh is a partner at SWCK's Bay Area office. His practice focuses on complex antitrust litigation and qui tam actions. He is currently a member of the team at SWCK that represents some of the world's largest insurance companies in *In Re Generics MDL* and other antitrust actions against large pharmaceutical manufacturers.

Prior to joining SWCK, Caleigh was at a top plaintiffs' firm where he worked on numerous antitrust class actions, including *In Re Generics*, Packaged Seafoods, Farm-Raised Salmon Products, and LIBOR, among others. He began his career in antitrust representing fighters in the UFC alleging monopolization claims for their services under section 2 of the Sherman Act, and direct purchasers of capacitors from an international price-fixing cartel.

After graduating law school at the University of British Columbia in 2012, Caleigh worked at a large defense firm in civil and commercial litigation. He is a member in good standing of both the British Columbia bar (2013) and the California bar (2015). He completed a Master of Public Policy at King's College London and his Bachelor of Arts at Simon Fraser University.

## Education

- King's College London, Master of Public Policy
- Simon Fraser University, B.A.
- University of British Columbia, J.D.

## Admitted to Practice

- California
- United States District Court for the Southern District of California
- United States District Court for the Northern District of California
- British Columbia

SCHNEIDER² WALLACE COTTRELL KIM LLP

Schedule A Consult: **(800) 689-0024**



# ERICA FRUITERMAN

## Associate Attorney

**efruiterman@schneiderwallace.com**
**Phone: 415-421-7100**
**Fax: 415-421-7105**

**2000 Powell Street, Emeryville, California, 94608**

Erica Fruiterman is an antitrust litigator with experience handling complex competition cases involving monopolization, price-fixing conspiracies, and other anticompetitive conduct. Her practice focuses on antitrust disputes involving digital platforms, pharmaceutical and healthcare markets, and the automotive industry.

Before joining the firm, Ms. Fruiterman represented parties in complex antitrust litigation and government investigations in federal courts across the country, including cases that proceeded through trial. She was a member of the trial team in a high-profile federal case involving online real estate listing services.

Ms. Fruiterman also served as a Special Assistant Attorney General in the Colorado Department of Law, where she was part of the multistate team of 38 State Attorneys General that brought monopolization claims against Google.

Ms. Fruiterman received her J.D., *cum laude*, from Temple University Beasley School of Law and her B.A., *cum laude*, in English and History from the University of Pennsylvania. Ms. Fruiterman is admitted to practice in California, the District of Columbia, and Pennsylvania.

## Education

- University of Pennsylvania, B.A.
- Temple University Beasley School of Law, J.D.

## Admitted to Practice

- California
- Pennsylvania
- District of Columbia

Schedule A Consult: **(800) 689-0024**

SCHNEIDER² WALLACE COTTRELL KIM LLP



# SRUJANA SHIVJI

**Senior Counsel**

**sshivji@schneiderwallace.com**
**Phone: (713) 338-2560**
**Fax: (866) 505-8036**

**3700 Buffalo Speedway, Houston, Texas, 77098**

Srujana Shivji earned her Bachelor of Arts in Political Science and Mathematics from the University of Texas at Austin, followed by a Juris Doctor from St. Mary's University School of Law in San Antonio, Texas.

During law school, Ms. Shivji exhibited an unwavering commitment to justice, particularly in ensuring equitable legal representation. She interned at the Bexar County Appellate Public Defender's Office, where she tirelessly defended the rights of individuals in aggravated assault cases. Additionally, she played a pivotal role in establishing the Restorative Justice Initiative at the Ney Prison Unit, a program focused on fostering meaningful rehabilitation for offenders and promoting healing for victims.

Ms. Shivji specializes in plaintiffs' complex litigation, representing clients in cases involving cryptocurrency, insurance, antitrust violations, qui tam actions, commercial disputes, and securities fraud. She has also been a dedicated advocate in the Boy Scouts of America litigation, working with compassion and tenacity on behalf of survivors of abuse.

Her extensive legal expertise spans both traditional insurance litigation and emerging areas of financial and technological law. Ms. Shivji is a formidable advocate, adept at guiding her clients through intricate legal challenges with precision, insight, and unwavering dedication.

## Education

- St. Mary's University School of Law, J.D.
- The University of Texas at Austin, B.A

## Admitted to Practice

- Texas

SCHNEIDER² WALLACE COTTRELL KIM LLP

Schedule A Consult: **(800) 689-0024**



# DEBORAH J. ROOKEY

## Associate Attorney

drookey@schneiderwallace.com
Phone: 415-421-7100
Fax: 415-421-7105

2000 Powell Street, Emeryville, California, 94608

Deborah Rookey is an Associate Attorney at Schneider Wallace Cottrell Kim LLP in the firm's Business Litigation and Competition practice group.

Ms. Rookey graduated from the University of Michigan Law School in 2022. Prior to joining the firm, Ms. Rookey worked as an immigration attorney representing youth in federal detention. She is admitted to practice in Michigan and is registered to practice before the Executive Office for Immigration Review.

In law school, Ms. Rookey was a Contributing Editor for the for the Journal of Law Reform, as well as a Founding Senior Editor for the Journal of Law and Society. She represented parents of young children experiencing housing and educational issues during the COVID-19 pandemic through Michigan's Pediatric Advocacy Clinic, and represented survivors of Human Trafficking in criminal and immigration matters through Michigan's Human Trafficking Clinic.

Prior to law school, Ms. Rookey worked on Capitol Hill as an advocate for international humanitarian aid and peace-based conflict resolution. She graduated from Washington University in St. Louis with a B.A. in Interdisciplinary Humanities Studies, where she gained Great Departmental Distinction for her thesis on American Sign Language Poetry.

## Education

- Washington University in Saint Louis, B.A.
- University of Michigan Law School, J.D.

## Admitted to Practice

- State Bar of Michigan

SCHNEIDER² WALLACE COTTRELL KIM LLP

Schedule A Consult: **(800) 689-0024**



# GRANT J. SCHNEIDER

## Associate Attorney

**gschneider@schneiderwallace.com**
**Phone: 415-421-7100**
**Fax: 415-421-7105**

**3700 Buffalo Speedway, Houston, Texas, 77098**

Grant Schneider is an Associate Attorney at Schneider Wallace Cottrell Kim LLP. Mr. Schneider's practice focuses on complex civil litigation across multiple areas of the law.

Mr. Schneider received his Bachelor of Science in Kinesiology and Health from the University of Texas at Austin, in 2021, followed by his Juris Doctorate from South Texas College of Law Houston in 2025.

## Education

- University of Texas at Austin, B.S.
- South Texas College of Law Houston, J.D.

## Admitted to Practice

- Texas



# RAYMOND S. LEVINE

## Associate Attorney

**rlevine@schneiderwallace.com**
**Phone: 4154217100**
**Fax: 4154217105**

**2000 Powell Street, Emeryville, California, 94608**

Raymond Levine is an Associate Attorney at Schneider Wallace Cottrell Kim LLP. Mr. Levine's practice focuses on complex litigation involving antitrust, qui tam, and ERISA matters. He represents clients in federal and state courts throughout the United States.

During law school, Mr. Levine represented veterans in civil litigation through the Veterans Legal Clinic at Michigan Law School in matters including utilities billing fraud, insurance claims, and child custody. Mr. Levine served as Managing Executive Editor for the *Michigan Journal of Race & Law* and edited several books on legal and professional writing while a Research Assistant for Prof. Patrick Barry.

Prior to attending law school, Mr. Levine worked in forensic accounting. Mr. Levine graduated from Syracuse University *summa cum laude* with his B.A., dual majoring in Policy Studies and Political Science. He was elected to Phi Beta Kappa and was named a 2017-2018 Remembrance Scholar.

# Education

- University of Michigan Law School, J.D.
    - Managing Executive Editor, *Michigan Journal of Race & Law*
    - Exceptional Journal Service Award
    - Robert S. Feldman Labor Law Award
    - Research Assistant to Prof. Patrick Barry
- Syracuse University, B.A.
    - *summa cum laude*
    - Phi Beta Kappa

- Remembrance Scholar

## Admitted to Practice

- California

SCHNEIDER² WALLACE COTTRELL KIM LLP

Schedule A Consult: **(800) 689-0024**



# BRADEN LEACH

**Associate Attorney**

**bleach@schneiderwallace.com**
**Phone: 4154217100**
**Fax: 415-421-7105**

**2000 Powell Street, Emeryville, California, 94608**

Braden litigates antitrust matters, representing clients in state and federal courts throughout the country.

Before joining the firm, Braden clerked for the U.S. Court of Appeals for the Tenth Circuit and the U.S. Court of Federal Claims. He was also a Visiting Scholar at the Johns Hopkins Center for Health Security, where he wrote law-review articles on biosecurity and pandemic responses. He earned his law degree from the University of California, Berkeley, School of Law where he was an Articles Editor for the *California Law Review* and a member of the Appellate Team. He received his Bachelor of Science degree from Montana State University.

His publications include:

- *Necessary Measures*, 25 STANFORD TECH. L. REV. 141 (2021).
- *Litigating Catastrophe*, 110 CALIFORNIA L. REV. 2149 (2022).
- *Lawfare for the Future*, 2023 U. ILL. J. L. TECH. & POL'Y. 51 (2023).
- *The Code of Life and Death*, 4 NOTRE DAME J. EMERGING TECH. 44 (2023).
- *Federal Powers in a Pandemic*, 40 GA. STATE UNIV. L. REV. 665 (2024) (coauthor).

## Education

- University of California, Berkeley, School of Law, J.D.
- Montana State University, B.S.

## Admitted to Practice

- California

Schedule A Consult: **(800) 689-0024**

SCHNEIDER² WALLACE COTTRELL KIM LLP



# SUNEEL JAIN

### Associate Attorney

**sjain@schneiderwallace.com**
**Phone: 415-421-7100**
**Fax: 415-421-7105**

**2000 Powell Street, Emeryville, California, 94608**

Suneel Jain joined Schneider Wallace Cottrell Kim LLP in February 2025. Mr. Jain specializes in plaintiffs' complex litigation, with a focus on antitrust, consumer protection, and cryptocurrency matters.

Prior to joining SWCK, Mr. Jain was an associate at Steyer Lowenthal Boodrookas Alvarez & Smith LLP. Many of his cases there involved antitrust claims related to monopolization and attempted monopolization, price-fixing, tying arrangements, and other collusive conduct. He has successfully settled numerous cases and in 2023 took a class action antitrust case to jury verdict. There, Mr. Jain represented a certified class of over three million California businesses and consumers in a four-week trial against Sutter Health over its anticompetitive conduct. Following a jury verdict for the defendant, Mr. Jain helped his team successfully appeal to the Ninth Circuit, which reversed and remanded. *Sidibe v. Sutter Health*, 103 F.4th 675 (9th Cir. 2024).

Mr. Jain has additional experience litigating class actions under the Telephone Consumer Protect Act, state privacy regulations for consumer data breaches, various securities regulations, and the False Claims Act as qui tams.

Mr. Jain received his Bachelor of Arts degree in Cognitive Science from the University of California, Berkeley, in 2010, followed by his Juris Doctorate from the Georgetown University Law Center in 2015.

## Education

- Georgetown University, J.D. (2015)
- University of California, B.A. (2010)

## Admitted to Practice

- California

SCHNEIDER² WALLACE COTTRELL KIM LLP

Schedule A Consult: **(800) 689-0024**

# ELIZABETH POWERS

**Associate Attorney**

**epowers@schneiderwallace.com**
**Phone: 415-421-7100**
**Fax: 415-421-7105**

**2000 Powell Street, Emeryville, California, 94608**

Elizabeth represents clients in complex civil litigation before both federal and state courts. Prior to joining Schneider Wallace Cottrell Kim, LLP, she worked as an associate attorney at an international law firm.

During law school, Elizabeth worked as a student attorney at the University of Michigan's Environmental Law and Sustainability Clinic. She was also Managing Articles Editor for the *University of Michigan Journal of Law Reform*, and Co-President of Michigan Law's Outlaws.

## Education

- University of Michigan Law School, J.D.
- Boston College, B.A., *magna cum laude*, Phi Beta Kappa

## Admitted to Practice

- Illinois
- U.S. District Court for the Northern District of Illinois