**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLONHURSTON; ERIK GUILLEN, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>*Defendants* | Civil Action Nos.<br>2:26-cv-09977 (JXN-JSA);<br>3:26-cv-09948 (JXN-JSA);<br>2:26-cv-14176 (JXN-JSA)<br><br>Motion Day: November 16, 2026 |
| DARIUS DAVIS,<br><br>*Plaintiff,*<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>*Defendants.* | |
| KORY ANDERSON,<br><br>*Plaintiff,*<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>*Defendants.* | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CROSS-MOTION TO APPOINT SWCK AS INTERIM CO-LEAD COUNSEL AND JAVERBAUM AS LIAISON COUNSEL**

1. Having considered Plaintiffs' cross-motion, the accompanying declaration, memorandum of law, and the points and authorities cited therein, the Court hereby appoints Schneider Wallace Cottrell Kim LLP and the Radice Law Firm, PC as Interim Co-Lead Counsel, and Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. as Liaison Counsel, pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure.

2. Interim Co-Lead Counsel shall together be responsible for coordinating Plaintiffs' and the putative Class's pretrial activities and shall:

a. Determine and present—in briefs and oral argument—the position of Plaintiffs on all matters arising during pretrial proceedings;

b. Coordinate discovery on behalf of Plaintiffs consistent with the requirements of Rule 26 of the Federal Rules of Civil Procedure;

c. To the extent practicable, coordinate discovery efforts with counsel for the New Jersey Attorney General in *N.J. v. Amazon.com, Inc.*, No. 2:26-CV-09814 (D.N.J.), to ensure that discovery is conducted in an efficient and non-duplicative manner;

d. Conduct and coordinate any settlement negotiations on behalf of Plaintiffs and the putative class;

e. Delegate specific tasks to other counsel in a manner ensuring that pretrial preparation is conducted efficiently and effectively;

f. Maintain adequate time and expense records;

g. And perform such other duties that may be incidental to proper coordination of Plaintiffs' and the putative class's pretrial activities or authorized by further order of the Court.

It is so ORDERED on this ______ day of ____________, 2026.

_____________________________
Hon. Julien Xavier Neals