A. Luke Smith
John Radice
Charles Kopel
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
(646) 245-8502
lsmith@radicelawfirm.com
jradice@radicelawfirm.com
ckopel@radicelawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLON HURSTON; ERIK GUILLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br>Defendants. | Civil Action No. 2:26-cv-09977 (JXN-JBC)<br><br>**DECLARATION OF CHARLES KOPEL IN OPPOSITION TO CROSS-MOTION TO APPOINT SWCK AS INTERIM CO-LEAD COUNSEL AND JAVERBAUM AS LIAISON COUNSEL** |

I, Charles Kopel, upon my oath certify as follows:

1. I am a partner at the Radice Law Firm, P.C. I have been retained by Plaintiffs Larkin Lee Anderson, Jr., Jaylon Hurston, and Erik Guillen in the above-captioned matter, and I submit this Declaration in Opposition to the Cross-Motion to Appoint Schneider Wallace Cottrell Kim LLP ("SWCK") as Interim Co-Lead Counsel, and Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. as Liaison Counsel.

2. The facts set forth in this declaration are based on my personal knowledge of this matter. If called as a witness, I could and would testify competently thereto.

3. Radice Law Firm has thirteen attorneys, including a team of five focused on e-discovery, and its practice is focused almost entirely on the representation of plaintiffs in antitrust class actions.

4. Attorneys from SWCK first contacted Radice Law Firm on October 1, 2026 to discuss the possibility of consolidating this action with *Davis v. Amazon Inc. et al.*, No. 5:26-cv-9948 (N.D. Cal.).

5. On October 2, SWCK indicated it would agree to a structure in which Radice Law Firm serves as Interim Lead Counsel and SWCK serves as an Executive Committee member.

6. On October 5, SWCK informed Radice Law Firm that it would no longer agree to any structure in which it is not designated as Interim Co-Lead Counsel.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, opinion, and belief.

Dated: November 20, 2026

*/s/ Charles Kopel*
Charles Kopel
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
(646) 245-8502
ckopel@radicelawfirm.com

*Counsel for Plaintiffs and the Proposed Class*