A. Luke Smith
John Radice
Charles Kopel
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
(646) 245-8502
lsmith@radicelawfirm.com
jradice@radicelawfirm.com
ckopel@radicelawfirm.com

*Counsel for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLON HURSTON; ERIK GUILLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br>Defendants. | Civil Action No. 2:26-cv-09977 (JXN-JBC)<br><br>**CERTIFICATE OF SERVICE** |

**PLEASE TAKE NOTICE** that on November 20, 2026, the undersigned member of the bar of this Court hereby certifies that service was made of each of the following documents by serving true electronic copies thereof on all counsel of record via ECF:

1. Plaintiffs' Opposition to the Cross-Motion to Appoint SWCK as Interim Co-Lead Counsel and Javerbaum as Liaison Counsel;

2. Declaration in Opposition to the Cross-Motion to Appoint SWCK as Interim Co-Lead Counsel and Javerbaum as Liaison Counsel.

I certify that the foregoing statements made by me are true.

Dated: November 20, 2026

*/s/ Charles Kopel*
Charles Kopel