**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DARIUS DAVIS,<br><br>*Plaintiff*,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>*Defendants*. | Civil Action Nos.<br>3:26-cv-09948 (JXN-JSA);<br>2:26-cv-09977<br><br>Motion Day: December 16, 2026 |
| KORY ANDERSON,<br><br>*Plaintiff*,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>*Defendants*. | |

**REPLY MEMORANDUM OF LAW IN SUPPORT OF CROSS-MOTION TO APPOINT SWCK AS INTERIM CO-LEAD COUNSEL AND JAVERBAUM AS LIAISON COUNSEL**

Matthew S. Weiler
**SCHNEIDER WALLACE**
**COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
mweiler@schneiderwallace.com

*Attorneys for Plaintiffs Darius Davis, Kory Anderson, and the Proposed Class*
[*Additional counsel listed on signature page*]

Plaintiffs Darius Davis and Kory Anderson (collectively, the "Davis Plaintiffs) respectfully submit this memorandum of law in response to Plaintiffs Larkin Lee Anderson, Jr., Jaylon Hurston, and Erik Guillen's ("Anderson, Jr. Plaintiffs'") opposition to the Davis Palintiffs' cross- motion to appoint Schneider Wallace Cottrell Kim LLP ("SWCK"), along with the Radice Law Firm, as Interim Co-Lead Counsel and Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. ("Javerbaum") as Liaison Counsel.

**INTRODUCTION**

The Anderson Jr. Plaintiffs do not dispute that this litigation with Amazon will require substantial resources, but argue that the Radice Law Firm should be appointed sole interim lead counsel. The Davis Plaintiffs disagree, for the reasons set forth in their cross motion to appoint SWCK and the Radice Law Firm as interim co-lead counsel, and as set forth below.

**I. A Two Firm Leadership Structure Would Better Serve the Interest of Class Members.**

The Anderson Jr. Plaintiffs describe the achievements of the Radice Law Firm and contend that in light of that a two firm leadership structure is "inefficient." ECF No. 28 at 5-6. SWCK agrees that the Radice Law Firm has an impressive track record. The issue is not whether the Radice Law Firm is qualified to lead this litigation by itself. It surely is. Rather, question is whether a sole applicant or a co-lead structure is "best" for class members. Fed. R. Civ. P. 23(g)(2).

Class action litigation that challenges the core business practice of a monopsonist requires the resources of more than one law firm, however. For example, this Court appointed SWCK along with three other law firms as Interim Co-Lead Counsel in the *Apple Smartphone* litigation. This litigation challenges Amazon's core business practice of maintaining a purportedly independent fleet of hundreds of thousands of DSP drivers. The Anderson Jr. Plaintiffs provide no example of

a case challenging a similar scheme being led by a single firm. In other antitrust litigation against Amazon challenging pricing policies on its platform, a federal court appointed two co-lead counsel firms and two firms on the executive committee. *See De Coster v. Amazon.com, Inc.*, Case No. 2:21-cv-00693-RSM (W.D. Wa. July 16, 2021) (appointing Hagens Berman Sobol Shapiro LLP and Keller Lenkner LLC as Interim Co-Lead Class Counsel, and Quinn Emanuel Urquhart & Sullivan, LLP and Keller Rohrback L.L.P. as members of a Plaintiffs' Executive Committee).

**II. The Court Should Appoint SWCK as Interim Co-Lead Counsel.**

Although SWCK and the Radice Law Firm discussed a leadership structure where SWCK would co-lead the case serving as executive committee with the Radice Law Firm, SWCK declined that agreement. See ECF No. 28 at 3. As SWCK will make co-equal contributions to the litigation and its financing, a two-firm co-lead structure would best serve the interests of class members. SWCK will serve the class in whatever capacity the Court sees fit.

**III. The Court Should Appoint Javerbaum as Liaison Counsel.**

The Anderson Jr. Plaintiffs oppose appointment of Javerbaum as liaison counsel because the Radice Firm is located in New Jersey. As only Javerbaum has offices in Newark, where the Court is located, and due to Mr. King's standing in the New Jersey bar, it best serves the interests of class members to appoint the Javerbaum firm as liaison counsel.

**CONCLUSION**

The Davis Plaintiffs respectfully request that the Court appoint SWCK as Interim Co-Lead Counsel and Javerbaum as Liaison Counsel. The Davis Plaintiffs have submitted this reply memorandum early in hopes that the Court may rule in advance of the December 16 hearing and that his case should proceed efficiently.

i

Dated: November 21, 2026

Respectfully submitted,

/s/ Matthew S. Weiler
Matthew S. Weiler*
Todd M. Schneider*
Raymond S. Levine*
Braden R. Leach*
**SCHNEIDER WALLACE COTTRELL KIM LLP**
2000 Powell Street, Suite 1400
Emeryville, California 94608
tschneider@schneiderwallace.com
mweiler@schneiderwallace.com
rlevine@schneiderwallace.com
bleach@schneiderwallace.com
(* *Pro hac vice* forthcoming)

*Attorneys for Plaintiffs Darius Davis, Kory Anderson, and the Proposed Class*

*Respectfully submitted,*

*s/ Stanley O. King*
*Stanley O. King, Esq.*
***JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS P.C.***
*1000 Haddonfield-Berlin Road, Suite 203*
*Voorhees, NJ 08043*
*Tel: 856.596.4100*
*sking@lawjw.com*

*Counsel for plaintiff Kory Anderson and Proposed Liaison Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that, on November 21, 2026, I caused to be served a copy of the foregoing Memorandum of Law in Support of Cross-Motion to Appoint SWCK as Interim Co-Lead Counsel and Javerbaum as Liaison Counsel on all counsel of record via the Court's CM/ECF system.

*/s/ Matthew S. Weiler*
Matthew S. Weiler

*Attorney for Plaintiffs Darius Davis,*
*Kory Anderson, and the Proposed Class*

*s/ Stanley O. King*
*Stanley O. King, Esq.*
***JAVERBAUM WURGAFT HICKS***
***KAHN WIKSTROM & SININS P.C.***
*1000 Haddonfield-Berlin Road, Suite 203*
*Counsel for Indirect iPhone Purchaser*
*Plaintiffs*