WALSH PIZZI O'REILLY

**THREE GATEWAY CENTER**
100 Mulberry Street, 15th Floor
Newark, NJ 07102
T: 973.757.1100
F: 973.757.1090
**WALSH.LAW**

Liza M. Walsh
Direct Dial: (973) 757-1100
lwalsh@walsh.law

November 24, 2026

**VIA ECF**
Honorable Jessica S. Allen, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re:** ***Anderson v Amazon.com, Inc., et al***
**Case No.: 2:26-cv-09977 (JXN-JSA)**

***Davis v Amazon.com, Inc., et al.***
**Case No.: 2:26-cv-13498 (JXN-JSA)**

***Anderson v Amazon.com, Inc., et al.***
**Case No.: 2:26-cv-14176 (JXN-JSA)**

Dear Judge Allen:

This firm, together with Gibson, Dunn & Crutcher LLP and Seyfarth Shaw LLP, represents Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc. (collectively, "Amazon") in the above-referenced matters. Enclosed for the Court's consideration is a Joint Stipulation and Proposed Order Regarding Potential Consolidated Complaint and Defendants' Time to Respond.

If the Stipulation and Proposed Order meets with Your Honor's approval, we respectfully request that Your Honor execute and have it entered on the respective dockets.

We thank the Court for its consideration of the enclosed and are available should Your Honor or your staff have any questions or need anything further.

Respectfully submitted,

*s/Liza M. Walsh*

Liza M. Walsh

Encl.
cc: All Counsel of Record (via ECF and E-Mail)