Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
Walsh Pizzi O'Reilly LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LARKIN LEE ANDERSON, JR.; JAYLON HURSTON; ERIK GUILLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-09977 (JXN) (JSA) |
| DARIUS DAVIS,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-13498 (JXN) (JSA) |
| KORY ANDERSON, individually and on behalf of all others similarly situated, | |

| | |
|---|---|
| Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC., AMAZON.COM SERVICES, LLC, and AMAZON LOGISTICS, INC.,<br><br>Defendants. | Civil Action No. 2:26-cv-14176 (JXN) (JSA) |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING POTENTIAL CONSOLIDATED COMPLAINT AND DEFENDANTS' TIME TO RESPOND**

Plaintiffs in the three actions identified below and Defendants Amazon.com, Inc., Amazon.com Services LLC, and Amazon Logistics, Inc. (together, "Defendants"), by and through their undersigned counsel, stipulate and agree as follows. This Stipulation is being filed in each of *Anderson, et al. v. Amazon.com, Inc., et al.*, No. 2:26-cv-09977 (JXN) (JSA) (the "L. Anderson Action"); *Davis v. Amazon.com, Inc., et al.*, No. 2:26-cv-13498 (JXN) (JSA) (the "Davis Action"); and *Anderson v. Amazon.com, Inc., et al.*, No. 2:26-cv-14176 (JXN) (JSA) (the "K. Anderson Action") (together, the "Actions"). "Plaintiffs" means the plaintiffs in the Actions.

**WHEREAS**, the operative complaints are the Amended Class Action Complaint in the L. Anderson Action (ECF No. 23, filed October 15, 2026); the Complaint in the Davis Action (ECF No. 1, filed September 7, 2026); and the Complaint in the K. Anderson Action (ECF No. 1, filed October 30, 2026) (together, the "Operative Complaints");

**WHEREAS**, motions concerning appointment of interim class counsel are pending in the L. Anderson Action (ECF Nos. 24, 26, 28), returnable December 7, 2026 (the "Interim-Counsel Motions"); Plaintiffs have advised Defendants that, after the Court rules on the Interim-Counsel Motions, they intend to seek leave to file a single consolidated class action complaint; and

Defendants currently take no position on the Interim-Counsel Motions or Plaintiffs' intention to file a consolidated complaint;

**WHEREAS**, Defendants' current deadlines to respond to the Operative Complaints are December 15, 2026 in the L. Anderson Action (ECF No. 13), December 15, 2026 in the Davis Action (ECF No. 19 ¶ 2), and November 30, 2026 in the K. Anderson Action (21 days after the November 9, 2026 service reported by Plaintiff in that Action, Fed. R. Civ. P. 12(a)(1)(A)(i));

**WHEREAS**, Defendants anticipate responding to the class action complaints with motions of the kind described in *Davenport v. Amazon.com, Inc.*, No. 2:26-cv-09814 (JXN) (JSA) (*see* ECF No. 53), as well as motions to compel individual arbitration, and Defendants and Plaintiffs agree that it would be an inefficient use of the parties' and the Court's resources to respond to and brief three separate class complaints that may be superseded by a consolidated complaint;

**WHEREAS**, prior requests for adjournment are as follows: one in the L. Anderson Action (ECF No. 13); one in the Davis Action (ECF No. 16, as supplemented by ECF No. 19 ¶ 2); and none in the K. Anderson Action (this Stipulation is the first request there); and no other dates are affected by this Stipulation, including the schedule in *Davenport* (ECF No. 53);

**NOW, THEREFORE**, it is stipulated and agreed, subject to the approval of the Court, that:

1. **Consolidated Complaint.** Within thirty business (30) days after the Court rules on the Interim-Counsel Motions, Plaintiffs shall either (a) request leave to file a single consolidated class action complaint (the "Consolidated Complaint"); or (b) notify Defendants and the Court in writing that Plaintiffs will proceed on one or more of the Operative Complaints (a "Notice of Election"). Plaintiffs shall seek any order they contend is necessary to consolidate the Actions or

to permit the filing of the Consolidated Complaint, and Defendants reserve all positions on any such request.

2. **Defendants' Response Date.** In each of the Actions, the time for Defendants to answer, move, or otherwise respond to the operative complaint, including by submitting a pre-motion letter under Section IV.A of Judge Neals's Judicial Preferences and Procedures or by filing a motion to compel arbitration, is extended to thirty business (30) days after the earliest of (a) the filing of any Consolidated Complaint; (b) service of a Notice of Election; (c) entry of an order denying Plaintiffs' request for leave to file a Consolidated Complaint or for consolidation; or (d) if none of the foregoing has occurred, the last day of the period in Paragraph 1. This Paragraph governs notwithstanding any contrary date in ECF No. 13 (L. Anderson Action) or ECF. Nos. 16 and 19 (Davis Action), and in the K. Anderson Action it extends the November 30, 2026 response date. A timely Section IV.A letter shall toll Defendants' time to move or answer as provided in that Section.

3. **Supersession; Amendment.** Upon its filing, any Consolidated Complaint shall supersede the Operative Complaints in the Actions and shall be Plaintiffs' one amendment as a matter of course under Rule 15(a)(1) in each Action. Plaintiffs shall not thereafter amend except with Defendants' written consent or leave of Court under Rule 15(a)(2), and Plaintiffs waive any right to amend as a matter of course under Rule 15(a)(1)(B) following service of any responsive motion by Defendants. Defendants take no position on, and do not consent to, the substance of any Consolidated Complaint, including any added parties, claims, or allegations.

4. **No Consent to Consolidation.** This Stipulation is not, and shall not be construed as, consent to or a concession regarding consolidation under Rule 42 or otherwise, coordination, any interim-counsel or leadership structure, the adequacy of any plaintiff or counsel, or class

certification, as to which Defendants reserve all rights. Plaintiffs reserve all rights to seek consolidation and to seek appointment of interim counsel. The joint caption of this Stipulation is for administrative convenience only; it does not consolidate or coordinate the Actions or constitute a ruling or finding as to their relationship.

5. **Reservation of Rights.** This Stipulation is entered solely to adjust the schedules. Defendants expressly reserve, and do not waive, all rights, defenses, and objections, including without limitation the right to compel individual arbitration, to seek a stay of proceedings, and to enforce any class, collective, or representative action waiver; all defenses under Rule 12(b), including subject-matter jurisdiction and preemption; and all defenses to class certification. Neither this Stipulation, nor any action taken under it, nor Defendants' appearance to enter it, is a waiver of any such right, defense, or objection or consent to the sufficiency of any complaint.

6. **Counterparts.** This Stipulation may be executed in counterparts, and electronic signatures shall have the same effect as originals.

Dated: November 24, 2026

Respectfully submitted,

By: *s/Liza M. Walsh*

Liza M. Walsh
Tricia B. O'Reilly
Jessica K. Formichella
Walsh Pizzi O'Reilly LLP
Three Gateway Center
100 Mulberry Street, 15th Floor
Newark, New Jersey 07102
Tel.: (973) 757-1100

William Savitt (*phv* forthcoming)
Anitha Reddy (*phv* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193

Tel.: (212) 351-4000

Michael J. Perry (*phv* forthcoming)
Lucas Townsend
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Tel.: (202) 955-8500

Matthew C. Parrott (*phv* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, CA 92612-4412
Tel.: (949) 451-3800

Brian Stolzenbach (*phv* forthcoming)
SEYFARTH SHAW LLP
233 S. Wacker Drive, Suite 8000
Chicago, Illinois 60606
Tel.: (312) 460-5551

*Attorneys for Defendants Amazon.com, Inc., Amazon.com Services, LLC, and Amazon Logistics, Inc.*

*s/ John Radice*
John Radice
Charles Kopel
A. Luke Smith
RADICE LAW FIRM, P.C.
475 Wall Street
Princeton, NJ 08540
Tel.: (646) 245-8502

*Counsel for Plaintiffs in the L. Anderson Action*

Todd M. Schneider (*phv* forthcoming)
Matthew S. Weiler (*phv* forthcoming)
Raymond S. Levine (*phv* forthcoming)
Braden R. Leach (*phv* forthcoming)
SCHNEIDER WALLACE
COTTRELL KIM LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel.: (415) 421-7100

*s/ Stanley O. King*
Stanley O. King, Esq. (SBN 03413-1996)
JAVERBAUM WURGAFT HICKS
KAHN WIKSTROM & SININS, P.C.
1000 Haddonfield-Berlin Road
Suite 203
Voorhees, NJ 08043
Tel: (856) 596-4100

*Local Counsel for Plaintiffs in the Davis and K. Anderson Actions*

**[PROPOSED] ORDER**

IT IS on this ___ day of ____________, 2026, **ORDERED** that the foregoing Stipulation is approved and shall be entered in each of the L. Anderson, Davis, and K. Anderson Actions; and Defendants shall answer, move, or otherwise respond to the operative complaint in each Action on the schedule set forth in Paragraph 2 of the Stipulation.

______________________________
Hon. Jessica S. Allen, U.S.M.J.